UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
CRIMINAL DOCKET PARTY INFORMATION FOR CASE A01-0149--CR (JWS)
"USA V DANIEL CARSON LEWIS"
DEF 1.1 LEWIS, DANIEL CARSON

Including terminated defendants, excluding terminated counsel

```
      Presiding Judge:  The Honorable John W. Sedwick, U.S. District Judge
     Magistrate Judge:  The Honorable John D. Roberts, U.S. Magistrate Judge
                Filed: 10/18/01
               Closed: 06/23/03
   No. of Defendants: 1
       MJ Case Number:
                  AKA:
      Location status: U.S. Custody
           Trial date: 02/25/02
           Terminated: YES
   Needs interpreter: NO
    Counsel of record: Joseph P. Josephson
                       Josephson & Associates PC
                       912 W. 6th Avenue
                       Anchorage, AK 99501
                       907-276-0151
                       FAX 907-276-0155
                       Serve: YES
                        Type: CJA
                        Role: 2255 Motion


   PLF 1.1 UNITED STATES OF AMERICA

    Counsel of record: Karen L. Loeffler
                       U.S. Attorney's Office
                       222 W. 7th Avenue, #9
                       Anchorage, AK 99513-7567
                       907-271-5071
                       Serve: YES
                        Type: Not specified
                        Role: Pretrial/Trial
```

Counts re: DEF 1.1 LEWIS, DANIEL CARSON

| Document | Count | Citation and Description | Disposition |
|---|---|---|---|
| 1 - 1 IND | 1 | 18:922(g)(1) FELON IN POSSESSION OF A FIREARM (F) | Sentenced (143-1) |

```
                  UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                     CRIMINAL DOCKET ENTRIES FOR CASE A01-0149--CR (JWS)
                                 "USA V DANIEL CARSON LEWIS"

                                      For all filing dates


   Presiding Judge:  The Honorable John W. Sedwick, U.S. District Judge
  Magistrate Judge:  The Honorable John D. Roberts, U.S. Magistrate Judge
             Filed: 10/18/01
            Closed: 06/23/03
 No. of Defendants: 1


 Document #   Filed      Docket text

 NOTE -   1   10/18/01   [Re: DEF 1] Issued WOA

    1 -   1   10/18/01   [Re: DEF 1] PLF 1 Indictment.

    2 -   1   10/18/01   [Re: DEF 1] AHB Grand Jury Minutes re WOA to be issued; Writ for H/C ad
                         pros to follow ; def in state custody.

    3 -   1   10/18/01   [Re: DEF 1] PLF 1 motion (petition) for writ of H/C ad prosequendum.

 NOTE -   2   10/19/01   Issued: Writ of H/C ad pros.

    4 -   1   10/19/01   [Re: DEF 1] JDR Order granting motion (petition) for writ of H/C ad
                         prosequendum (3-1). cc: USA, USM, USPO, D. Lewis w/USM cy

    5 -   1   10/24/01   [Re: DEF 1] JDR Minute Order re Arr set for 11/19/01 at 10:30 a.m. cc:
                         USA, USM, USPO, D. Lewis w/USM cy

 NOTE -   8   11/20/01   [Re: DEF 1] USM Notice of Arrest; defendant's WOA executed.

    6 -   1   11/20/01   [Re: DEF 1] Return of WOA executed on 11/19/01 at Fairbanks, AK.

 NOTE -   3   11/21/01   Issued: Speedy Trial Notice to Judge Sedwick. cc: Pam Richter

    7 -   1   11/21/01   [Re: DEF 1] JDR Court Minutes [ECR: Debby Willoughby-Lyons] re Arr on
                         Indt (held 11/19/01); R. Curtner apptd; def pled not guilty; def
                         detained; PTM's due 12/24/01. cc: USA, FPD, USM, USPO, Judge Sedwick

    8 -   1   11/21/01   [Re: DEF 1] Financial Affidavit.

    9 -   1   11/21/01   [Re: DEF 1] JDR Order of Detention Pending Trial. cc: USA, FPD, USM,
                         USPO

   10 -   1   11/21/01   [Re: DEF 1] JDR Order regarding preparation for trial re PTM's due
                         12/24/01.  cc: USA, FPD

   11 -   1   11/21/01   [Re: DEF 1] PLF 1 Stipulation pursuant to discovery conference.

   12 -   1   11/29/01   [Re: DEF 1] JWS Minute Order setting TBJ for 1/2/02 at 9:00 a.m. and
                         FPTC for 1/2/02 at 8:30 a.m.. cc: USA, K. McCoy, USM, USPO, MJ Roberts,
                         JC

   13 -   1   12/03/01   [Re: DEF 1] PLF 1 Unopposed motion on shortened time to continue trial

   13 -   2   12/03/01   [Re: DEF 1] PLF 1 unoppo motion on shortened time to set status
                         conference for 12/7/01.

   14 -   1   12/04/01   [Re: DEF 1] JWS Order granting unoppo motion on shortened time to set
                         status conference for 12/7/01 (13-2); conf set 12/7/01 at 9:00 a.m.. cc:
                         USA, FPD, USM, USPO, MJ Roberts


 ACRS: R_RDSDX              As of 12/01/05 at 2:54 PM by GARRY                        Page 1
```

```
              UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                CRIMINAL DOCKET ENTRIES FOR CASE A01-0149--CR (JWS)
                          "USA V DANIEL CARSON LEWIS"

                                 For all filing dates


 Document #   Filed      Docket text

     15 -  1  12/04/01   DEF 1 motion for leave to file unopposed motion for defendant to appear
                         telephonically on shortened time w/att prop mot.

     16 -  1  12/05/01   [Re: DEF 1] JWS Order granting mot for leave to file unoppo mot for def
                         to appear telephonic (15-1), Unoppo mot on shortened time for def to
                         appear telephonic (17-1). cc: USA, FPD

     17 -  1  12/05/01   DEF 1 Unopposed motion on shortened time for defendant to appear
                         telephonic at 12/7/01 hrg.

     18 -  1  12/07/01   [Re: DEF 1] JWS Court Minutes [ECR: Denali Elmore] re: hrg on mot to
                         continue trial held 12/7/01; granting unoppo mot on shortened time to
                         continue trial (13-1); 1/2/02 FPTC & TBJ vacated and reset for 1/28/02
                         at 8:30 a.m. and 9:00 a.m., respectively. cc: USA, FPD, USM, USPO, MJ
                         Roberts, JC

     19 -  1  12/12/01   DEF 1 Unopposed motion to change venue from Anchorage to Fairbanks for
                         trial.

     20 -  1  12/14/01   [Re: DEF 1] JWS Order granting unoppo mot to change venue from Anchorage
                         to Fairbanks for trial (19-1). cc: USA, FPD, USM, USPO, MJ Roberts, JC,
                         Divisional Deputy, ECR

    20A-  1  12/19/01    DEF 1 motion to suppress w/att memo and exhs.

    20A-  2  12/19/01    DEF 1 motion for evidentiary hearing on the motion to suppress w/att
                         memo and exhs.

     21 -  1  12/20/01   [Re: DEF 1] JWS Order of excludable delay re: dkt 13 from 12/3/01 to
                         12/7/01 for 5 days (code E).

     22 -  1  12/20/01   [Re: DEF 1] JWS Order of excludable delay re: dkt 19 from 12/12/01 to
                         12/14/01 for 3 days (code E).

     23 -  1  12/26/01   [Re: DEF 1] JDR Minute Order granting motion for evidentiary hearing on
                         the motion to suppress (20A-2; Evident hrg set for 1/3/02 at 9:30 a.m.
                         cc: USA, FPD, USM, USPO

     24 -  1  12/26/01   DEF 1 motion to extend time for filing motions or for preclsion of
                         expert testimony w/att aff.

     25 -  1  12/28/01   [Re: DEF 1] PLF 1 motion for ext of time to respond to motion to
                         suppress & request for change of location for evidentiary hrg w/att aff.

     25 -  2  12/28/01   [Re: DEF 1] PLF 1 motion for consideration on shortened time re 25-1.

     26 -  1  12/28/01   DEF 1 motion to contnue evidentiary hearing set for 1/3/02 w/att aff.

     26 -  2  12/28/01   DEF 1 motion for consideration on shortened time re 26-1.

     27 -  1  12/28/01   DEF 1 motion to continue trial w/att aff.

     28 -  1  01/02/02   [Re: DEF 1] JDR Order granting motion for ext of time to respond to
                         motion to suppress & request for change (25-1), motion for consideration
                         on shortened time re 25-1 (25-2), motion to continue evidentiary hearing
                         set for 1/3/02 (26-1), motion for consideration on shortened time re
                         26-1 (26-2); Evident hrg RESET for 1/11/02 at 9:00 a.m. in Fairbanks.

ACRS: R_RDSDX                   As of 12/01/05 at 2:54 PM by GARRY                       Page 2
```

```
           UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                 CRIMINAL DOCKET ENTRIES FOR CASE A01-0149--CR (JWS)
                          "USA V DANIEL CARSON LEWIS"
```

For all filing dates

| Document # | Filed | Docket text |
|---|---|---|
| | | cc: USA, FPD, USM, USPO, Judge Sedwick, Fairbanks Clerk, ECR |
| 29 - 1 | 01/02/02 | [Re: DEF 1] JWS Minute Order setting sched conf on 1/8/02 at 10:00 a.m. at Anchorage re: mot to continue trial. cc: USA, FPD, USM, USPO, MJ Roberts |
| 30 - 1 | 01/04/02 | [Re: DEF 1] PLF 1 motion to acept govt's oppo to mot to suppress fld 1 day late w/att mot & exhibits. |
| 31 - 1 | 01/04/02 | [Re: DEF 1] PLF 1 opposition to DEF 1 motion to extend time for filing motions or for preclsion of expert testimony (24-1) w/att aff & exhibit. |
| 31 - 2 | 01/04/02 | [Re: DEF 1] PLF 1 opposition to suggestion for preclusion order w/att aff & exhibit. |
| 32 - 1 | 01/07/02 | [Re: DEF 1] JDR Order granting motion to acept govt's oppo to mot to suppress fld 1 day late (30-1). cc: USA, FPD |
| 33 - 1 | 01/07/02 | [Re: DEF 1] PLF 1 opposition to DEF 1 motion to suppress (20A-1) w/att exhibits. |
| 34 - 1 | 01/07/02 | PLF 1 non-opposition to DEF 1 motion to continue trial (27-1) w/att aff. |
| 35 - 1 | 01/08/02 | [Re: DEF 1] JWS Court Minutes [ECR: Robin Carter/Elisa Singleton] re: sched conf re: mot to continue trial held 1/8/02; granting mot to continue trial (27-1); 1/28/02 FPTC and TBJ vacated and reset for 2/25/02 at 8:30 a.m. and 9:00, respectively, at Fairbanks, Alaska. cc: USA, FPD, USM, USPO, MJ Roberts, ECR, Divisional Deputy, JC |
| 36 - 1 | 01/08/02 | [Re: DEF 1] JDR Order granting/denying motion to extend time for filing motions or for preclsion of expert testimony (24-1); govt to comply by 1/14/02 as directed; PTM's due 1/18/02 or 5 days after service by govt of such dscvy should the govt provide dscvy earlier than 1/14/02. cc: USA, FPD |
| 37 - 1 | 01/09/02 | PLF 1; DEF 1 Joint Report to court on evidentiary matters. |
| 38 - 1 | 01/14/02 | [Re: DEF 1] PLF 1 Status Report re: expert discovery w/att exhs. |
| 39 - 1 | 01/15/02 | [Re: DEF 1] JDR Court Minutes [ECR: Debby Willoughby-Lyons] re Evident Hrg on Def's Motion to Suppress at docket 20A-1 (held 1/11/02 in Fairbanks, AK); Crt to reconvene 1/31/02 at 9:30 a.m. in Fairbanks, Alaska. cc: USA, FPD, USM, USPO |
| 40 - 1 | 01/15/02 | [Re: DEF 1] PLF 1 Notice of lodging exhibits of the evidentiary hrg per the crt's order (exhibits forwarded to MJ Roberts). |
| 41 - 1 | 01/18/02 | DEF 1 Notice of lodging. |
| 42 - 1 | 01/18/02 | [Re: DEF 1] PLF 1 Notice of lodging agent's rough notes IN CAMERA w/att exhs. (in camera doc forwarded to MJ) |
| 43 - 1 | 01/23/02 | [Re: DEF 1] Transcript re: evidentiary hrg on def's mot to suppress held 1/11/02.(located in expando) |
| 44 - 1 | 01/23/02 | [Re: DEF 1] PLF 1 Status Report re: DWI manuals. |
| 45 - 1 | 01/28/02 | [Re: DEF 1] JDR Minute Order re def's oral motion for production of Agent's Field Notes; denied as stated. cc: USA, FPD |

```
            UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                CRIMINAL DOCKET ENTRIES FOR CASE A01-0149--CR (JWS)
                          "USA V DANIEL CARSON LEWIS"

                              For all filing dates

Document #   Filed      Docket text

   46 -  1   01/28/02   [Re: DEF 1] PLF 1 motion to disclose GJ transcript to the Atty General's
                        office for the State of Alaska.

   47 -  1   01/28/02   [Re: DEF 1] PLF 1 Notice of lodging DWI training materials In Camera (In
                        Camera Documents forwarded to MJ Roberts).

   47 -  2   01/28/02   [Re: DEF 1] PLF 1 motion to quash subpoena w/att exhibit.

   48 -  1   01/30/02   [Re: DEF 1] JDR Minute Order granting motion to quash subpoena (47-2).
                        cc: USA, FPD

   49 -  1   02/06/02   [Re: DEF 1] PLF 1 Notice of lodging of combined transcripts of audio
                        tapes previously admitted as exhibits in suppression hearing w/att exh.

   50 -  1   02/06/02   DEF 1 Stipulation that medical records presented in crt on 1/31 are
                        admissib le for the purpose of the motion to suppress.

   50 -  2   02/07/02   [Re: DEF 1] JDR Order granting stipulation Stipulation that medical
                        records presented in crt on 1/31 are admissible for the purposes of the
                        motion to suppress (50-1). cc: USA, FPD

   51 -  1   02/07/02   Docket #51 NOT USED.

   52 -  1   02/08/02   [Re: DEF 1] JDR Court Minutes [ECR: Debby Willoughby-Lyons] re evident
                        hrg on def's mot to suppress at #20A-1 (held 1/31/02 in Fairbanks);
                        granting motion to disclose GJ transcript to the Atty General's office
                        (46-1); Contemporaneous briefs due 2/13/02. w/att witness & exhibit
                        list. cc: USA, FPD

   53 -  1   02/11/02   [Re: DEF 1] Transcript continued evidentiary hrg on def's mot to
                        suppress at dkt #20A-1 on 1/31/02. (located in expando)

   54 -  1   02/13/02   [Re: DEF 1] PLF 1 motion (appl) to use digital evidence presentation
                        system for 2/25/02 TBJ at Fairbanks.

   55 -  1   02/13/02   DEF 1 memorandum re: DEF 1 motion to suppress (20A-1) w/att exhibits.

   56 -  1   02/13/02   [Re: DEF 1] PLF 1 post hearing brief re: DEF 1 motion to suppress
                        (20A-1).

   57 -  1   02/14/02   JWS Minute Order granting motion (appl) to use digital evidence
                        presentation system (54-1). cc: USA, FPD, Fairbanks Divisional Deputy,
                        Systems

   58 -  1   02/15/02   [Re: DEF 1] PLF 1 Prop Jury Instructions.

   59 -  1   02/15/02   [Re: DEF 1] PLF 1 Prop Voir Dire.

   60 -  1   02/15/02   [Re: DEF 1] PLF 1 Trial Brief w/att exhs.

   61 -  1   02/19/02   DEF 1 motion for permission to file motion to supplement record on
                        suppression motion w/att mot to supplement.

   61 -  2   02/19/02   DEF 1 motion for consideration on shortened time re 61-1.

   62 -  1   02/19/02   [Re: DEF 1] JDR Minute Order granting motion for consideration on
                        shortened time re 61-1 (61-2); Govt to file response to def's mot to
                        supplement due NOON 2/20/02. cc: USA, FPD
```

```
               UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                    CRIMINAL DOCKET ENTRIES FOR CASE A01-0149--CR (JWS)
                              "USA V DANIEL CARSON LEWIS"

                                   For all filing dates

 Document #   Filed      Docket text
 ----------   --------   -----------

   63 -   1   02/19/02   DEF 1 motion in limine.

   64 -   1   02/19/02   DEF 1 Proposed Jury Instructions.

   65 -   1   02/19/02   DEF 1 Proposed Voir Dire.

   66 -   1   02/19/02   {SEALED}

 NOTE -   4   02/20/02   Issued: Writ of H/C ad test re Randall Colter.

 NOTE -   5   02/20/02   {SEALED}

   61 -   3   02/20/02   [Re: DEF 1] JDR Order granting motion for permission to file motion to
                         supplement record on suppression mot (61-1). cc: USA, FPD

   67 -   1   02/20/02   DEF 1 motion to supplement record on suppression.

   68 -   1   02/20/02   [Re: DEF 1] PLF 1 opposition to DEF 1 motion to supplement record on
                         suppression (67-1).

   69 -   1   02/20/02   {SEALED}

   70 -   1   02/20/02   {SEALED}

   70 -   2   02/20/02   {SEALED}

   71 -   1   02/20/02   [Re: DEF 1] JDR Order denying motion to supplement record on suppression
                         (67-1). cc: USA, FPD

   72 -   1   02/20/02   Initial R&R re: DEF 1 motion to suppress (20A-1). Recommended denied;
                         Objections due COB 02/21/02. Reply due 4:00 p.m. 02/22/02. cc: USA, FPD,
                         Judge Sedwick

   73 -   1   02/20/02   {SEALED}

   74 -   1   02/20/02   {SEALED}

   75 -   1   02/20/02   [Re: DEF 1] PLF 1 motion (petition) for writ of H/C ad testificandum of
                         Randall Colter Lewis.

   76 -   1   02/20/02   [Re: DEF 1] JDR Order granting motion (petition) for writ of H/C ad
                         testificandum of Randall Colter Lewis (75-1). cc: USA, USM

 NOTE -   6   02/21/02   Issued: WOA re witness R. Colter Lewis.

 NOTE -   7   02/21/02   Issued: Amended Writ of H/C ad test Randall Colter Lewis.

   77 -   1   02/21/02   [Re: DEF 1] PLF 1 Stipulation to facts in lieu of testimony of Bruce
                         Duvlea.

   77 -   2   02/21/02   [Re: DEF 1] JDR Order granting stipulation Stipulation to facts in lieu
                         of testimony of Bruce Duvlea (77-1). cc: USA, FPD

   78 -   1   02/21/02   [Re: DEF 1] PLF 1 motion for issuance of witness arrest warrant (for
                         Randall Colter Lewis) w/att memo of points & auth.

   78 -   2   02/21/02   [Re: DEF 1] JDR Order granting motion for issuance of witness arrest
                         warrant (for Randall Colter Lewis) (78-1). cc: USA, FPD, USM

 ACRS: R_RDSDX                     As of 12/01/05 at 2:54 PM by GARRY                       Page 5
```

```
                      UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                          CRIMINAL DOCKET ENTRIES FOR CASE A01-0149--CR (JWS)
                                    "USA V DANIEL CARSON LEWIS"

                                         For all filing dates

Document #   Filed      Docket text

   79 -  1   02/21/02   [Re: DEF 1] PLF 1 motion to accept facsimile signature in support of mot
                        for issuance of WOA w/att aff.

   79 -  2   02/21/02   [Re: DEF 1] JDR Order granting motion to accept facsimile signature in
                        support of mot for issuance of WOA (79-1). cc: USA, FPD

   80 -  1   02/21/02   Doc #80 not used.

   81 -  1   02/21/02   Doc #81 not used.

   82 -  1   02/21/02   [Re: DEF 1] PLF 1 motion (Amended Petition) for writ of H.C ad
                        Testificandum re Randall Lewis.

   83 -  1   02/21/02   [Re: DEF 1] JDR Order granting motion (Amended Petition) for writ of H.C
                        ad Testificandum re Randall Lewis (82-1). cc: USA, USM

   84 -  1   02/21/02   DEF 1 objection to R&R re: DEF 1 motion to suppress (20A-1).

   85 -  1   02/22/02   [Re: DEF 1] PLF 1 Response to DEF 1 motion in limine (63-1) .

   86 -  1   02/22/02   [Re: DEF 1] PLF 1 unopposed motion on shortened time to release Alyeska
                        cnsl from jury duty on this case.

   87 -  1   02/22/02   [Re: DEF 1] PLF 1 reply to objection to R&R re: DEF 1 motion to suppress
                        (20A-1).

   88 -  1   02/22/02   Final R&R re: DEF 1 motion to suppress (20A-1). cc: USA, FPD, Judge
                        Sedwick

   88A-  1   02/22/02   USM Return of svc of writ of HC AD Testificandum re: Randall Colter
                        Lewis unexecuted new writ (amended) issued 2/21/02.

   89 -  1   02/25/02   [Re: DEF 1] JWS Minute Order denying motion to suppress (20A-1).  cc: K.
                        Loeffler, S. Tatter, MJ Roberts

   90 -  1   02/25/02   [Re: DEF 1] JWS Order granting motion unopposed motion on shortened time
                        to release Alyeska cnsl from jury (86-1).   cc: K. Loeffler, S. Tatter,
                        Jury Clerk

   91 -  1   02/25/02   [Re: DEF 1] (Amended) JWS Minute Order re: motion at docket 20A is
                        DENIED.  cc: K. Loeffler, S. Tatter, MJ Roberts

   92 -  1   02/25/02   [Re: DEF 1] PLF 1 Exhibit List.

   93 -  1   02/25/02   PLF 1; DEF 1 Stipulation re: agreement of facts.

   94 -  1   02/26/02   [Re: DEF 1] JWS Order of Release re: Randall Lewis from federal custody.
                        cc: USMS.

   95 -  1   02/26/02   [Re: DEF 1] JWS Court Minutes [ECR: Denali Elmore] re: fptc and tbj held
                        2/25/02, jury selected, crt to resume at 9:00 a.m. 2/26/02.
                        cc:USA,USM,FPO,FPD.

   96 -  1   02/26/02   [Re: DEF 1] JWS Court Minutes [ECR: Denali Elmore] re: tbj held 2/26/02,
                        trial to resume 2/27/02 at 9:00 a.m. cc:USA,USM,FPO,FPD.

   96A-  1   02/27/02   Return of release order by USMS re: Randall Colter Lewis.

ACRS: R_RDSDX                   As of 12/01/05 at 2:54 PM by GARRY                        Page 6
```

```
              UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                 CRIMINAL DOCKET ENTRIES FOR CASE A01-0149--CR (JWS)
                           "USA V DANIEL CARSON LEWIS"

                                For all filing dates


 Document #    Filed      Docket text

    97 -   1  02/27/02   USM Return of amended writ of habeas corpus ad testificandum re: Randall
                         Colter Lewis executed 2/22/02-2/26/02.

    98 -   1  02/27/02   [Re: DEF 1] JWS Court Minutes [ECR: Denali Elmore] re: tbj held 2/27/02,
                         crt to resume 2/28/02 at 9:00 a.m.  cc:USA,USM,FPO,FPD.

    99 -   1  03/01/02   [Re: DEF 1] JWS Court Minutes [ECR: Denali Elmore] re: TBJ day 4 held
                         2/28/02; oral Rule 29 mot denied; plf w/d oral mot to exclude testimony;
                         crt to reconvene 3/1/02 at 9:00 a.m..

   99A-   1  03/01/02   Return of writ of habeas corpus ad testificandum re: Randolph Carson
                         Lewis by USMS. cc:USA,USM,FPO,FPD.

   100 -   1  03/04/02   [Re: DEF 1] JWS Court Minutes [ECR: Carolyn Bollman] from TBJ day 5 held
                         03/01/02: Def found guilty, IOS set for 05/06/02. Jury instructions,
                         notes, and verdict form attached. cc: Loeffler, Tatter, USM, FPO

   101 -   1  03/07/02   [Re: DEF 1] JWS Minute Order granting/denying motion in limine (63-1).
                         cc: USA, FPD

   102 -   1  04/24/02   [Re: DEF 1] JWS Minute Order resetting 5/6/02 IOS to 6/4/02 at 12:30
                         p.m. at Fairbanks. cc: USA, FPD, USM, PO, ECR, MJ Roberts, Divisional
                         Deputy

   103 -   1  04/24/02   DEF 1 motion to continue sentencing date until October 2002 w/att memo,
                         aff and exhs.

   104 -   1  05/06/02   [Re: DEF 1] PLF 1 opposition to DEF 1 motion to continue sentencing date
                         until October 2002 (103-1).

   105 -   1  05/08/02   DEF 1 reply to opposition to DEF 1 motion to continue sentencing date
                         until October 2002 (103-1).

   106 -   1  05/17/02   [Re: DEF 1] JWS Order granting/denying motion to continue sentencing
                         date until October 2002 (103-1); IOS of 6/4/02 vacated & reset for
                         11/4/02 at 10:00 in Fairbanks; draft PSR due 10/4/02; objs 10/14/02;
                         final PSR 10/21/02; sent memos 10/28/02. cc: USA, USM, PO, FPD,
                         Fairbanks Clerk

   107 -   1  08/05/02   [Re: DEF 1] Partial Transcript TBJ-Day 2 held 2/26/02. (located in
                         expando)

   108 -   1  08/05/02   [Re: DEF 1] Partial Transcript TBJ-Day 3 held 2/27/02. (located in
                         expando)

   109 -   1  08/05/02   [Re: DEF 1] Partial Transcript TBJ-Day 4 held 2/28/02. (located in
                         expando)

   110 -   1  09/27/02   DEF 1 motion for new trial w/att memo and exhs.

   111 -   1  09/30/02   [Re: DEF 1] JWS Minute Order denying motion for new trial (110-1). cc:
                         USA, FPD

   112 -   1  10/25/02   {SEALED}

  NOTE -   9  10/28/02   {SEALED}


ACRS: R_RDSDX              As of 12/01/05 at 2:54 PM by GARRY                       Page 7
```

```
              UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                  CRIMINAL DOCKET ENTRIES FOR CASE A01-0149--CR (JWS)
                            "USA V DANIEL CARSON LEWIS"

                                 For all filing dates


 Document #    Filed     Docket text

  113 -  1   10/28/02   {SEALED}

  114 -  1   10/28/02   [Re: DEF 1] PLF 1 Sentencing Memorandum.

  115 -  1   10/28/02   DEF 1 Sentencing Memorandum.

  116 -  1   10/29/02   [Re: DEF 1] JWS Minute Order resetting 11/4/02 IOS at Fairbanks from
                        10:00 a.m. to 11:15 a.m..  cc: USA, FPD, USM, USPO

  117 -  1   10/31/02   [Re: DEF 1] JWS Minute Order that court will apply clear & convincing
                        evidence standard of proof re sentencing. cc: USA, FPD

  118 -  1   10/31/02   [Re: DEF 1] PLF 1 Unopposed motion on shortened time to permit
                        telephonic testimony of witness Robert Shem at sentencing.

  118 -  2   10/31/02   [Re: DEF 1] JWS Order granting unopposed mot on shortened time to permit
                        telephonic testimony of witness Robert Shem at sentencing (118-1). cc:
                        USA, FPD

  119 -  1   11/01/02   [Re: DEF 1] PLF 1 motion on shortened time to permit consideration of
                        supp sentencing points & authorities on issue of upward departure

  119 -  2   11/04/02   [Re: DEF 1] JWS Order granting motion on shortened time to permit
                        consideration of supp sentencing points & authorities on issue of upward
                        departure (119-1).  cc: K. Loeffler, S. Tatter, PO

  120 -  1   11/05/02   USM Return of svc on writ of habeas corpus ad testificandum re: Lisa
                        Harford unserved.

  121 -  1   11/12/02   DEF 1 Supplemental Sentencing Memorandum w/att exhs.

  122 -  1   11/18/02   [Re: DEF 1] JWS Court Minutes [ECR: Carolyn Bollman] from IOS (held
                        11/04/02): Court and cnsl heard re: Objections to presentence report,
                        concurrent v consecutive federal sentence as to state custody. Parties
                        to file briefs re Taylor v Sawyer; Defendant's brief due in 1 week,
                        government brief due within one week of receipt of defendant's brief.
                        Continued IOS will be scheduled after receipt of the briefing. cc:
                        Loefler, Tatter, FPO, USM, MJ Roberts

  123 -  1   11/19/02   [Re: DEF 1] PLF 1 Second Supplemental Sentencing Memorandum.

  124 -  1   12/12/02   [Re: DEF 1] JWS Minute Order that def file stat rpt following when state
                        crt sets IOS date; def shall file notice immediately upon entry of state
                        crt judg w/att cy of state crt judg; parties may file suppl sentencing
                        memos w/i 15 days from filing cy of state crt judg. cc: USA, FPD, USM,
                        USPO

  125 -  1   02/28/03   [Re: DEF 1] JWS Minute Order that by 3/17/03 def file rpt re: stat of
                        state crt case. cc: USA, FPD

  126 -  1   03/17/03   DEF 1 Report re: state sentencing.

  127 -  1   03/21/03   [Re: DEF 1] JWS Minute Order setting IOS on 5/9/03 at 9:30 a.m. at
                        Fairbanks; parties may file suppl sentencing memos by 4/25/03; def cnsl
                        to advise crt and plf of state crt sentence at federal IOS. cc: USA,
                        FPD, USM, USPO, ECR, Divisional Deputy


ACRS: R_RDSDX               As of 12/01/05 at 2:54 PM by GARRY                      Page 8
```

```
             UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                  CRIMINAL DOCKET ENTRIES FOR CASE A01-0149--CR (JWS)
                            "USA V DANIEL CARSON LEWIS"
```

For all filing dates

| Document # | Filed | Docket text |
|---|---|---|
| 128 - 1 | 03/25/03 | [Re: DEF 1] PLF 1 Notice to the crt of state sentencing date of 5/28/03. |
| 129 - 1 | 03/27/03 | [Re: DEF 1] JWS Minute Order resetting 5/9/03 IOS to 5/29/03 at 11:00 a.m. at Fairbanks; suppl IOS memos due 4/21/03. cc: USA, FPD, USM, USPO, ECR, Divisional Depty |
| 130 - 1 | 04/08/03 | USM Return of svc on writ of habeas corpus ad testificandum re: Annie Lewis on 2/20/02. |
| 131 - 1 | 05/06/03 | [Re: DEF 1] Transcript re: IOS held 11/4/02. |
| 132 - 1 | 05/12/03 | DEF 1 Second Report to court on state sentencing w/att exh. |
| 133 - 1 | 05/14/03 | [Re: DEF 1] JWS Minute Order vacating 5/29/03 IOS; def cnsl to notify crt immediately upon setting of state crt sentencing. cc: USA, FPD, USM, USPO, ECR, Divisional Deputy |
| 134 - 1 | 05/14/03 | [Re: DEF 1] PLF 1 Response to def's secord report to the court on state sentencing. |
| 135 - 1 | 05/23/03 | [Re: DEF 1] PLF 1 motion (request) for clarification regarding supplemental sentencing memorandum. |
| 136 - 1 | 06/02/03 | DEF 1 3rd Report re: state sentencing. |
| 137 - 1 | 06/04/03 | [Re: DEF 1] JWS Minute Order setting IOS on 6/20/03 at 8:00 a.m. at Anchorage, AK; granting mot (req) for clarification re: suppl sentencing memos (135-1); suppl IOS memos may be fld by 6/18/03. cc: USA, FPD, USPO |
| 138 - 1 | 06/17/03 | [Re: DEF 1] Cert copy of Judgment and order of Committment issued in 4FA-S01-3111CR by Judge Kauvar. |
| 139 - 1 | 06/18/03 | DEF 1 Notice of filing w/att exhs. |
| 140 - 1 | 06/19/03 | DEF 1 Second Supplemental Sentencing Memorandum w/att exhs. |
| 141 - 1 | 06/19/03 | DEF 1 Notice of filing w/att exh. |
| 142 - 1 | 06/23/03 | [Re: DEF 1] JWS Court Minutes [ECR: Elisa Singleton] IOS held 06/20/03; def sentenced to 120 mos in prison; term is imposed concurrent to SOA case 4FA-01-3111CR; def to receive credit for 97 days served in state custody; 36 mos SR; $100 SA; def remanded; FPD to appt CJA cnsl for appeal. cc: FPD (CJA Clerk) |
| 143 - 1 | 06/23/03 | [Re: DEF 1] JWS Judgment found guilty on ct 1 of the Indt (1-1); def sentenced to 120 mos in prison; term concurrent w/4FA-01-3111CR; def to receive credit for 97 days previously served in state custody; 36 mos SR; $100 SA.  cc: USA, FPD, DEF w/cnsls cy, USM, USPO, MJ Roberts, FLU |
| 144 - 1 | 06/24/03 | DEF 1 appeal to 9CCA of (143-1) filed 06/23/03. cc:USA, FPD, Judge Sedwick, 9CCA |
| NOTE - 10 | 06/25/03 | Transmittal: Forwarded notice of appeal (144-1) to 9CCA. |
| 145 - 1 | 06/25/03 | [Re: DEF 1] Cy 9CCA Time Schedule Order. (144-1) cc: USA, FPD, Judge Sedwick, 9CCA (original), ECR |

```
               UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                  CRIMINAL DOCKET ENTRIES FOR CASE A01-0149--CR (JWS)
                             "USA V DANIEL CARSON LEWIS"

                                 For all filing dates


Document #    Filed       Docket text

NOTE -  11   06/30/03   Notation (re: Appeal): forwarded CJA appointment of M. Spaan.

 146 -   1   06/30/03   [Re: DEF 1] CJA appointment of M. Spaan for appeal.

 147 -   1   07/15/03   DEF 1 Transcript Designation/Order Form re: notice of appeal (144-1)
                        transcript form & CJA 24 forwarded to ECR. cc:ecr

 148 -   1   07/18/03   DEF 1 Amended Transcript Designation/Order Form re: notice of appeal
                        (144-1) transcripts ordered. cc:ecr

 149 -   1   07/23/03   [Re: DEF 1] Partial Transcript IOS held 6/20/03  re: notice of appeal
                        (144-1).

 150 -   1   07/29/03   USM Return of svc on writ of HC Ad Prosequendum on Daniel Lewis from
                        CIPT to USDC-Anchorage on 11/19/01-6/20/03.

 151 -   1   08/06/03   DEF 1 Attorney Appearance of M. Spaan.

 152 -   1   08/06/03   DEF 1 motion to clarify/correct imposition of sentence w/att aff and
                        exhs.

 153 -   1   08/06/03   DEF 1 motion for consideration on shortened time of motion to correct
                        imposition of sentence.

 154 -   1   08/06/03   [Re: DEF 1] JWS Minute Order denying mot to clarify/correct imposition
                        of sentence (152-1); granting mot for consideration on shortened time of
                        mot to correct imposition of sentence (153-1). cc: USA, M. Spaan, USM,
                        USPO

 155 -   1   08/21/03   [Re: DEF 1] Affidavit of E. Singleton (ECR) re: missing recording of
                        3/1/02 proceeding. cc: USA, M. Spaan (mailed 8/22/03)

 156 -   1   08/21/03   [Re: DEF 1] Transcript ARR on Indt held 11/19/01 re: notice of appeal
                        (144-1).(located in expando file)

 157 -   1   08/21/03   [Re: DEF 1] Transcript Status Cof re: mot to continue trial held
                        12/07/01 re: notice of appeal (144-1).(located in expando file)

 158 -   1   08/21/03   [Re: DEF 1] Transcript Scheduling Conf held 01/08/02 re: notice of
                        appeal (144-1).(located in expando file)

 159 -   1   08/21/03   [Re: DEF 1] Transcript Final Pretrial Conference/TBJ Day 1 held 02/25/02
                        re: notice of appeal (144-1).(located in expando file)

 160 -   1   08/21/03   [Re: DEF 1] Partial Transcript TBJ Day 2 held 2/26/02 re: notice of
                        appeal (144-1).(located in expando file)

 161 -   1   08/21/03   [Re: DEF 1] Partial Transcript TBJ Day 3 held 02/27/02 re: notice of
                        appeal (144-1).(located in expando file)

 162 -   1   08/21/03   [Re: DEF 1] Partial Transcript TBJ Day 4 held 02/25/02 re: notice of
                        appeal (144-1).(located in expando file)

 163 -   1   08/21/03   [Re: DEF 1] Partial Transcript IOS held 06/20/03 re: notice of appeal
                        (144-1).(located in expando file)
```

```
            UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                CRIMINAL DOCKET ENTRIES FOR CASE A01-0149--CR (JWS)
                           "USA V DANIEL CARSON LEWIS"
```

For all filing dates

| Document # | Filed | Docket text |
|---|---|---|
| 164 - 1 | 09/26/03 | {SEALED} |
| 164 - 2 | 10/14/03 | {SEALED} |
| 165 - 1 | 12/29/03 | [Re: DEF 1] Copy of Order from 9CCA that appellant's unopposoed mot for extension of time to file the optional reply brief is granted. The optional reply brief is noe due 1/26/-4. In view of the lengthy extension granted by this order, any further motion to extend this brief 's due date is disfavored. (144-1) cc:cnsl, Judge Sedwick |
| NOTE - 12 | 05/26/04 | Transmittal: Forwarded D.C. record to 9CCA consisting of 6 original vols, 1 sealed file, 4 expandos transcripts dkt # 43, 53,107,108,109,156-163. |
| NOTE - 13 | 06/02/04 | Notation (re: Appeal): received notice from 9CCA that they are in receipt of record sent. |
| 166 - 1 | 10/25/04 | [Re: DEF 1] 9CCA Judgment/Final Order re: notice of appeal (144-1) that the district court's decision is AFFIRMED w/att memo. cc: USA, M.Spaan, Judge Sedwick |
| 167 - 1 | 10/25/04 | DEF 1 motion (petition) to vacate, set aside or correct sentence w/att exhs. |
| 168 - 1 | 10/25/04 | DEF 1 motion (application) to proceed in forma pauperis w/att exhs. |
| 169 - 1 | 10/25/04 | DEF 1 motion for appointment of counsel. |
| NOTE - 14 | 11/09/04 | Notation (re: Appeal): return of 6 orig vol, 1 sealed & expand w/dkt 43,53,107-109;156-163. |
| 170 - 1 | 11/09/04 | [Re: DEF 1] RRB Order denying as moot mot (appl) to proceed I/P (168-1), granted mot for appt of cnsl (169-1); FPD to designate CJA cnsl or FPD; cnsl to file entry of appear; amended 2255 mot or notice of no amended mot due 12/10/04; USA ans due 1/10/05; case is referred to MJ Roberts per to LMR 4(5); clk to serve a copy of 2255 mot @ dkt 167 on USA. cc: AUSA, D. Lewis, FPD, MJ Roberts |
| 171 - 1 | 11/16/04 | [Re: DEF 1] CJA appointment of J. Josephson. |
| 172 - 1 | 12/21/04 | [Re: DEF 1] JDR Minute Order re J. Josephson to file an entry of appearance w/in 10 days; amended pet or notice of none due 1/20/05; govt's answer due 2/1/05. cc: USA, J. Josephson |
| 173 - 1 | 12/30/04 | Copy of DEF 1 Attorney Appearance of J. Josephson. |
| 174 - 1 | 01/03/05 | DEF 1 Attorney Appearance of J. Josephson. |
| 175 - 1 | 01/03/05 | DEF 1 motion to modify order directing service & response. |
| 176 - 1 | 01/04/05 | [Re: DEF 1] JDR Minute Order denying as moot motion to modify order directing service & response (175-1). cc: AUSA, J. Josephson |
| 177 - 1 | 01/20/05 | DEF 1 motion for extension of time until 2/1/05 to file amended petition for habeas relief under 28 USC 2255. |

```
           UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                CRIMINAL DOCKET ENTRIES FOR CASE A01-0149--CR (JWS)
                          "USA V DANIEL CARSON LEWIS"

                              For all filing dates


 Document #    Filed       Docket text

   178 -  1   01/21/05   [Re: DEF 1] JDR Order granting motion for extension of time until 2/1/05
                         to file amended petition for habeas & untol 3/3/05 for govt's answer
                         (177-1). cc: USA, J. Josephson

   179 -  1   01/28/05   DEF 1 Unopposed motion for ext of time to file amended petition for
                         2255.

   180 -  1   02/01/05   [Re: DEF 1] JDR Order granting unopposed motion for ext of time to 2/15
                         to file amended petition for 2255 & to 3/17/05 for govt's answer
                         (179-1). cc: USA, J. Josephson

   181 -  1   02/15/05   DEF 1 motion for extension of time until 3/1/05 to file his amended
                         petition for habeas relief under 28 U.S.C. 2255.

   182 -  1   02/16/05   [Re: DEF 1] JDR Order granting motion for extension of time until 3/1/05
                         to file his amended petition for habeas relief under 28:2255 (181-1),
                         govt's answer due 3/29/05. cc: USA, J. Josephson

   183 -  1   03/01/05   DEF 1 Unopposed motion for extension of time until 3/15/05 to file
                         amended petition for habeas relief under 28 U.S.C. 2255.

   184 -  1   03/02/05   [Re: DEF 1] JDR Order granting unopposed motion for extension of time
                         until 3/15/05 to file amended petition; USA answer due 4/12/05 (183-1).
                         cc: USA, J. Josephson

   185 -  1   03/15/05   DEF 1 motion for extension of time until 3/29/05 to file amended
                         petition for habeas relief under 28 U.S.C. 2255.

   186 -  1   03/25/05   [Re: DEF 1] JDR Minute Order granting motion for extension of time until
                         4/4/05 to file amended petition; USA answer due 5/2/05 (185-1). cc: USA,
                         J. Josephson

   187 -  1   04/04/05   DEF 1 Amended petition for habeas relief under 28 U.S.C. 2255 w/att
                         exhs.

   188 -  1   05/02/05   [Re: DEF 1] PLF 1 motion to stay or in the alternative to dismiss
                         without prejudice defendant's petition under 28 USC 2255.

   189 -  1   05/16/05   DEF 1 non-opposition to [Re: DEF 1] PLF 1 motion to stay or in the
                         alternative to dismiss without prejudice defendant's petition under 28
                         USC 2255 (188-1).

   190 -  1   05/24/05   Final R&R re: [Re: DEF 1] PLF 1 motion to stay or in the alternative to
                         dismiss without prejudice defendant's petition under 28 USC 2255.
                         (188-1); recommended be granted. Matter ready for USDJ. cc: USA, J.
                         Josephson, Judge Sedwick

   191 -  1   05/25/05   [Re: DEF 1] JWS Minute Order dismissing w/o prej mot (pet) to vacate,
                         set aside or correct sentence (167-1); granting mot to stay or in the
                         alternative to dismiss w/o prej def's pet (188-1). cc: USA, J.
                         Josephson, MJ Roberts

   192 -  1   05/26/05   [Re: DEF 1] JWS Judgment dismissing def's appl for post-conviction
                         relief (28:2255). cc: USA, J. Josephson, MJ Roberts

   193 -  1   06/13/05   {SEALED}


 ACRS: R_RDSDX                As of 12/01/05 at 2:54 PM by GARRY                      Page 12
```

```
                    UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                      CRIMINAL DOCKET ENTRIES FOR CASE A01-0149--CR (JWS)
                                  "USA V DANIEL CARSON LEWIS"

                                       For all filing dates


Document #     Filed       Docket text

  194 -   1   06/15/05    {SEALED}

  195 -   1   09/15/05    [Re: DEF 1] 9CCA Judgment on REMAND from the US Supreme Court duly
                          submitted.  On condsideration whereof, it is now here ordered and
                          adjudged by this Crt that the judgment of the District Crt in this casue
                          be, and hereby is REMANDED. cc: USA, J. Josephson, Judge Sedwick

  196 -   1   09/16/05    [Re: DEF 1] JWS Order re: Limited Ameline remand; resentence not needed.
                          No separate judgment will be entered.  If Lewis cannot afford to take an
                          appeal, he may request leave to proceed in forma pauperis.  If requested
                          to do so, the clerk will prepare and file a notice of appeal on Lewis'
                          behalf.  Any appeal must be take with the time permitted by the Rule
                          4(b) of the FRAP.  cc: AUSA, J. Josephson, Appeals clerk, 9CCA

  197 -   1   11/09/05    {SEALED}

  197 -   2   11/09/05    {SEALED}

  198 -   1   11/09/05    {SEALED}

  198 -   2   11/10/05    {SEALED}
```