MINUTES OF THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

*UNITED STATES OF AMERICA*    v.    *DANIEL CARSON LEWIS*

THE HONORABLE JOHN W. SEDWICK                CASE NO. 3:01-cr-149 JWS

PROCEEDINGS:    **ORDER FROM CHAMBERS**            Date:  January 26, 2006

    The order at docket 199 incorrectly stated in the last paragraph on page 5 that show cause memoranda addressing re-sentencing were due within twenty days from the date of the order; the correct time is within **THIRTY DAYS** from the date of the order at docket 199.