```
 1                  UNITED STATES DISTRICT COURT
 2                       DISTRICT OF ALASKA
 3   UNITED STATES OF AMERICA,    ) Case No. A01-0149-CR (JWS)
                                  )
 4                    Plaintiff,  ) Fairbanks, Alaska
                                  ) Tuesday, February 26, 2002
 5             vs.                ) 8:58 o'clock a.m.
                                  )
 6   DANIEL CARSON LEWIS,         ) TRIAL BY JURY - DAY 2
                                  )
 7                    Defendant.  )
                                  )
 8
 9                           VOLUME II
                 PARTIAL TRANSCRIPT OF PROCEEDINGS
10
              BEFORE THE HONORABLE JOHN W. SEDWICK
11           UNITED STATES DISTRICT JUDGE, and a jury

12   APPEARANCES:

13   For the Plaintiff:      KAREN L. LOEFFLER, ESQ.
                             Assistant U.S. Attorney
14                           U.S. Attorney's Office
                             222 West 7th Avenue, #9
15                           Anchorage, Alaska   99513-7567
                             (907) 271-5071

16   For the Defendant:      SUE ELLEN TATTER, ESQ.
                             Assistant Federal Public
17                             Defender
                             550 West 7th Avenue, Suite 1600
18                           Anchorage, Alaska   99501
                             (907) 271-2277
19
     Court Recorder:         DENALI ELMORE
20                           U.S. District Court
                             222 West 7th Avenue, #4
21                           Anchorage, Alaska   99513
                             (907) 677-6102
22
     Transcription Service:  NODAK ROSE TRANSCRIPTS
23                           P.O. Box 1752
                             Bismarck, North Dakota 58502
24                           (701) 223-2096

25   Proceedings recorded by electronic sound recording.  Tran-
     script produced by transcription service.
```

NoDak Rose Transcripts
P.O. Box 1752
Bismarck, North Dakota 58502-1752
(701) 223-2096

Exhibit A
Page 1 of 4

2-99

1  THE COURT: All right. We'll -- we'll take our
2  afternoon recess at this time. Ladies and gentlemen, we'll
3  take a ten-minute recess and resume here with another witness
4  when you come back.
5  THE CLERK: All rise. This matter is in brief
6  recess.
7  (Recess at 2:57 p.m., until 3:11 p.m.)
8  (Jury not present)
9  THE CLERK: His Honor the Court, this United States
10 District Court is again in session. Please be seated.
11 THE COURT: Ladies and gentlemen, the jury sent out
12 a note, oddly enough it's addressed to the Clerk, not to me.
13 You have copies. I guess maybe I'll just give her my robe and
14 leave. The note reads that:
15     "Denali, can you please go over with us once again
16     what the charges are? What should the jury be
17     focused on? Thank you. Mary Pearson."
18 I guess first of all, Denali, you haven't told the jury what
19 the charges are, have you?
20 THE CLERK: No, I haven't addressed it at all.
21 THE COURT: All right. I think we just ignore the
22 note and I think perhaps it might be appropriate though when
23 the jury comes back to -- to indicate that they'll get
24 instructions regarding the charges at the end of the -- at the
25 end of the case, and I don't think it's appropriate to

NoDak Rose Transcripts
P.O. Box 1752
Bismarck, North Dakota 58502-1752
(701) 223-2096

Exhibit A
Page 2 of 4

Exc. 0086

2-100

1  interrupt these proceedings, unless the parties agree I ought
2  to go ahead and read them the -- summarize the Indictment
3  again, but I don't think it's necessary at this point. Do
4  either of you?
5        MS. LOEFFLER: It's up to you. I don't have an
6  objection to -- to letting them know that it's a -- you know,
7  that basically the felon in possession charge, but it's up to
8  you, Your Honor.
9        THE COURT: Ms. Tatter?
10       MS. TATTER: No, I don't have any input.
11       THE COURT: All right. You have no objection if I
12 -- if I tell them that the -- what the charge is again?
13       MS. TATTER: No. That would be good.
14       THE COURT: All right. That's -- that's what I'll
15 do then. We'll bring the jury in and I'll tell them very
16 briefly what the charge is.
17       MS. TATTER: No more guys in black outfits.
18               (Pause)
19   (Jury in at 3:13 p.m.)
20       THE COURT: All right. Welcome back, ladies and
21 gentlemen. There was a note given -- actually it was
22 addressed to the Clerk signed by Ms. Pearson. The -- you
23 should address any notes to me and then just give them -- I
24 may have not been clear -- and then just give them to the
25 Clerk that's assisting me. I am going to respond to the note

**Exhibit A**
**Page 3 of 4**

2-101

1  as follows:

2           First of all, for the other members of the jury, the
3  -- the question posed was can you please go over with us once
4  again what charges are, what should the jury be focused on?

5           In sum, the Indictment provides the charge, and I've
6  cautioned you previously that the Indictment is not any
7  evidence, it's just the Government's statement of what it
8  hopes to prove, and it provides:

9                "On or about October 4, 2001, at or near Livengood,
10               Alaska, in the District of Alaska, the defendant,
11               Daniel Carson Lewis, having been convicted of a
12               crime for which the punishment permitted by law
13               included imprisonment for a term exceeding one year,
14               did possess in or effecting commerce a firearm; to
15               wit, a Mossberg Model 810D, .338 rifle."

16           All right.  I think we're ready for the next
17  witness.  Ms. Loeffler?

18           MS. LOEFFLER:  Yes, Your Honor.  I'd call Brent Cook
19  to the stand.

20                         (Pause)

21           THE CLERK:  Sir, please stand before me to be sworn.

22                         (Pause)

23  Raise your right hand.

24           BRENT COOK, PLAINTIFF'S WITNESS, SWORN

25           THE CLERK:  Thank you.  You can be seated in the

NoDak Rose Transcripts
P.O. Box 1752
Bismarck, North Dakota 58502-1752
(701) 223-2096

Exhibit A
Page 4 of 4

Exc. 0088