MINUTES OF THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

*UNITED STATES OF AMERICA*   v.   *DANIEL CARSON LEWIS*

THE HONORABLE JOHN W. SEDWICK           CASE NO.  3:01-cr-149 (JWS)

PROCEEDINGS:   **ORDER FROM CHAMBERS**           Date:  February 28, 2006

    Plaintiff will please file a response to the motion at docket 201 within 20 days from the date of this order.  No reply shall be filed unless requested by the court.