**MINUTES OF THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ALASKA**

*UNITED STATES OF AMERICA*          v.     *DANIEL CARSON LEWIS*

THE HONORABLE JOHN W. SEDWICK          CASE NO.  3:01-cr-149 (JWS)

PROCEEDINGS:    **ORDER FROM CHAMBERS**     Date:  March 29, 2006

    For the reasons expressed in the court's preliminary order at docket 199 which are incorporated here by this reference, and also for the reasons expressed in plaintiff's response at docket 205, defendant's motion at docket 201 is **DENIED**.  Furthermore, this court concludes that it would not have imposed a materially different sentence had it known when sentence was imposed that the Guidelines published by the United States Sentencing Commission are advisory and not mandatory.  Indeed, the court would have imposed the very same sentence which it did impose.

    The court will not conduct a re-sentencing proceeding in this case.  The existing judgment and sentence remain in place and will not be changed.