Michael R. Spaan, Esq.
mspaan@pattonboggs.com
Rebecca S. Copeland, Esq.
rcopeland@pattonboggs.com
PATTON BOGGS LLP
601 West Fifth Avenue, Suite 700
Anchorage, Alaska  99501
Telephone:  907-263-6300
Facsimile:  907-263-6345

*Attorneys for Defendant Daniel Carson Lewis*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | |
| DANIEL CARSON LEWIS, ) | |
| ) | |
| Defendant. ) | No. 3:01-cr-00149-JWS |

## [PROPOSED] ORDER GRANTING
## MOTION TO EXTEND TIME TO FILE APPEAL

Defendant Daniel Lewis has moved for an extension of time to file a Notice of Appeal to the Ninth Circuit Court of Appeals.  For the reasons set forth in the Motion and Affidavits submitted therewith,

IT IS ORDERED that the Motion To Extend Time To File Appeal is GRANTED. The Notice of Appeal filed by Defendant is due on or before April 30, 2006.

DATED:_____              _____
                                                                              Honorable John W. Sedwick
                                                                              United States District Judge

48346v1

**CERTIFICATE OF SERVICE**

I hereby certify that on the 14th day of April 2006, a true and correct copy of the foregoing document was served electronically on:

Karen Loeffler, Esq.
Assistant U.S. Attorney
Office of the United States Attorney
222 W. 7th Avenue, #9
Anchorage, Alaska 99513-7567

By:     s/Gloria Bullock
        Legal Secretary/Assistant
        PATTON BOGGS LLP