Michael R. Spaan, Esq.
mspaan@pattonboggs.com
Rebecca S. Copeland, Esq.
rcopeland@pattonboggs.com
PATTON BOGGS LLP
601 West Fifth Avenue, Suite 700
Anchorage, Alaska  99501
Telephone:  907-263-6300
Facsimile:  907-263-6345

*Attorneys for Defendant Daniel Carson Lewis*

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | |
| DANIEL CARSON LEWIS, ) | |
| ) | |
| Defendant. ) | No. 3:01-cr-00149-JWS |

### AFFIDAVIT OF MICHAEL R. SPAAN IN SUPPORT OF
### DEFENDANT'S MOTION TO EXTEND TIME TO FILE APPEAL

| | |
|---|---|
| STATE OF ALASKA ) | |
| ) SS | |
| THIRD JUDICIAL DISTRICT ) | |

Michael R. Spaan being first duly sworn, deposes and says:

1. I am an attorney with Patton Boggs, LLP.  This firm represents Daniel Lewis in the above captioned matter. I make these statements upon personal knowledge and in support of Mr. Lewis' Motion To Extend Time To File Appeal.

2. Upon learning that the appeal date for filing Mr. Lewis' Notice of Appeal to the Ninth Circuit had been incorrectly calendared, I contacted Karen Loeffler, the Assistant U.S. Attorney handling this case.

48342v1

3. Ms. Loeffler has advised me that the Government does not oppose the Motion To Extend Time To File Appeal being filed by this office.

_____
Michael R. Spaan

SUBSCRIBED AND SWORN TO before me this 14th day of April, 2006.



_____
Notary Public for Alaska

My Commission Expires: 11.17.09

AFFIDAVIT OF MICHAEL R. SPAAN IN SUPPORT OF DEFENDANT'S MOTION TO EXTEND
TIME TO FILE APPEAL
*USA v. Daniel C. Lewis*, No. 3:01-cr-00149-JWS
Page 2
48342v1

**CERTIFICATE OF SERVICE**

I hereby certify that on the 14th day of April 2006, a true and correct copy of the foregoing document was served electronically on:

Karen Loeffler, Esq.
Assistant U.S. Attorney
Office of the United States Attorney
222 W. 7th Avenue, #9
Anchorage, Alaska 99513-7567

By:     s/Gloria Bullock
          Legal Secretary/Assistant
          PATTON BOGGS LLP