Michael R. Spaan, Esq.
mspaan@pattonboggs.com
Rebecca S. Copeland, Esq.
rcopeland@pattonboggs.com
PATTON BOGGS LLP
601 West Fifth Avenue, Suite 700
Anchorage, Alaska  99501
Telephone:  907-263-6300
Facsimile:  907-263-6345

*Attorneys for Defendant Daniel Carson Lewis*

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | |
| DANIEL CARSON LEWIS, ) | |
| ) | |
| Defendant. ) | No. 3:01-cr-00149-JWS |

**AFFIDAVIT OF REBECCA S. COPELAND IN
SUPPORT OF DEFENDANT'S MOTION TO EXTEND TIME TO FILE APPEAL**

| | |
|---|---|
| STATE OF ALASKA ) | |
| ) SS | |
| THIRD JUDICIAL DISTRICT ) | |

Rebecca S. Copeland being first duly sworn, deposes and says:

1.  I am an attorney with Patton Boggs, LLP.  This firm represents Daniel Lewis in the above captioned matter. I make these statements upon personal knowledge and in support of Mr. Lewis' Motion To Extend Time To File Appeal.

2.  On March 29, 2006, the Court issued its *Order From Chambers* stating the reasons for the denial of resentencing in this case.  At that time I requested that the paralegal

assigned to Mr. Lewis' case calendar the date for filing a notice of appeal to the Ninth Circuit of this decision.

3. This firm utilizes a sophisticated computer program for calendaring known as ProLaw. ProLaw has incorporated within it most applicable rules including the Federal Rules of Appellate Procedure. The program advises which rules are pertinent and the paralegal determines the applicable deadline. A report is produced showing the deadlines calendared and a notation is placed on the involved attorney's calendar.

4. The paralegal on this case misread FRAP 4 and used the deadlines set out in FRAP 4(a), Notice of Appeal in a Civil Case, rather than the deadlines set out in FRAP 4(b), Notice of Appeal in a Criminal Case.

5. The correct deadline for filing an appeal to the Ninth Circuit would have been April 10, 2006. The attorneys handling Mr. Lewis' case, myself and Michael R. Spaan, did not discover this error until April 13, 2006.

6. ProLaw, as used by Patton Boggs is a well-functioning established calendaring system. Patton Boggs has not encountered any difficulties in the functioning of the program. The paralegal assigned to Mr. Lewis' case is experienced in the use of ProLaw generally and is an experienced para-professional.

7. Mr. Lewis wishes to appeal the Court's ruling contained in the *Order from Chambers* and wishes to have Patton Boggs represent him in that appeal. Patton Boggs has represented Mr. Lewis for a number of years and Mr. Lewis would like to continue his relationship with this firm.

AFFIDAVIT OF REBECCA S. COPELAND IN SUPPORT OF DEFENDANT'S MOTION TO EXTEND TIME TO FILE APPEAL
*USA v. Daniel Carson Lewis*, No. 3:01-cr-00149-JWS
Page 2

48326v1

8.  Counsel was wrong in not checking the results produced by ProLaw and this firm's paralegal.  Counsel acknowledges that this type of error should not be allowed to occur and counsel will no longer simply rely on its computerized calendaring system.  Counsel will personally double-check all calendaring entries in the future in order to appropriately carry out counsel's responsibilities.

9.  Patton Boggs and undersigned counsel apologize to the Court and to opposing counsel for the errors which have occurred in this case and for the additional workload necessitated by the filing of the motion for extension of time.

_____
Rebecca S. Copeland

SUBSCRIBED AND SWORN TO before me this 14th day of April 2006.

_____
Notary Public for Alaska
My Commission Expires: 11·17·09



AFFIDAVIT OF REBECCA S. COPELAND IN SUPPORT OF DEFENDANT'S MOTION TO EXTEND TIME TO FILE APPEAL
*USA v. Daniel Carson Lewis*, No. 3:01-cr-00149-JWS
Page 3

48326v1

**CERTIFICATE OF SERVICE**

I hereby certify that on the 14th day of April 2006, a copy of the foregoing document was served electronically on:

Karen Loeffler
Office of the United States Attorney
222 W. 7th Avenue, #9
Anchorage, Alaska 99513-7567


By:     s/Gloria Bullock
        Legal Secretary/Assistant
        PATTON BOGGS LLP

AFFIDAVIT OF REBECCA S. COPELAND IN SUPPORT OF DEFENDANT'S MOTION TO EXTEND TIME TO FILE APPEAL
*USA v. Daniel Carson Lewis*, No. 3:01-cr-00149-JWS
Page 4

48326v1