Michael R. Spaan, Esq.
mspaan@pattonboggs.com
Rebecca S. Copeland, Esq.
rcopeland@pattonboggs.com
PATTON BOGGS LLP
601 West Fifth Avenue, Suite 700
Anchorage, Alaska  99501
Telephone:  907-263-6300
Facsimile:  907-263-6345

*Attorneys for Defendant Daniel Carson Lewis*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ALASKA**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | |
| DANIEL CARSON LEWIS, ) | |
| ) | |
| Defendant. ) | No. 3:01-cr-00149-JWS |

**ORDER GRANTING**
**MOTION TO EXTEND TIME TO FILE APPEAL**

Defendant Daniel Lewis has moved for an extension of time to file a Notice of Appeal to the Ninth Circuit Court of Appeals. For the reasons set forth in the Motion and Affidavits submitted therewith,

**IT IS ORDERED** that the Motion To Extend Time To File Appeal is **GRANTED**. The Notice of Appeal filed by Defendant is due on or before April 30, 2006.

DATED: 4/14/2006

/s/
Honorable John W. Sedwick
United States District Judge

48346v1