Michael R. Spaan, Esq.
mspaan@pattonboggs.com
Rebecca S. Copeland, Esq.
rcopeland@pattonboggs.com
PATTON BOGGS LLP
601 West Fifth Avenue, Suite 700
Anchorage, Alaska  99501
Telephone:  907-263-6300
Facsimile:  907-263-6345

*Attorneys for Defendant Daniel Carson Lewis*

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,            ) | |
| ) | |
| Plaintiff,            ) | |
| ) | |
| vs.            ) | |
| ) | |
| DANIEL CARSON LEWIS,            ) | |
| ) | |
| Defendant.            ) | No. 3:01-cr-00149-JWS |

### NOTICE OF APPEAL TO THE UNITED STATES
### COURT OF APPEALS FOR THE NINTH CIRCUIT

Defendant Daniel Lewis appeals to the United States Court of Appeals for the Ninth Circuit from the *Order From Chambers* of the U.S. District Court for the District of Alaska, entered in this case on March 29, 2006.

A *Motion to Extend Time to File Appeal* was filed by Defendant on April 14, 2006 and granted by the District Court, extending Defendants' time to appeal through April 30, 2006.

48350v1

The parties to the order appealed from and the name and address of their respective attorneys are as follows:

    Daniel Carson Lewis, *Appellant*
    Michael R. Spaan
    Rebecca S. Copeland
    Patton Boggs LLP
    601 W. Fifth Avenue, Suite 700
    Anchorage, Alaska 99501

    United States of America
    Karen Loeffler
    Assistant United States Attorney
    U.S. Attorney's Office
    222 West Seventh Avenue, #9, Room 253
    Anchorage AK 99513-7567

DATED at Anchorage, Alaska this 17th day of April, 2006.

                              By:   s/Michael R. Spaan
                                   Michael R. Spaan
                                   Email: mspaan@pattonboggs.com
                                   Alaska Bar No. 7305026
                                   Rebecca S. Copeland
                                   Email: rcopeland@pattonboggs.com
                                   Alaska Bar No. 8606045
                                   PATTON BOGGS LLP
                                   601 West Fifth Avenue, Suite 700
                                   Anchorage, Alaska 99501
                                   Phone: (907) 263-6300
                                   Fax: (907) 263-6345

**CERTIFICATE OF SERVICE**

I hereby certify that on the 17th day of April 2006, a true and correct copy of the foregoing document was served electronically on:

    Karen Loeffler, Esq.
    karen.loeffler@usdoj.gov
    Assistant U.S. Attorney
    Office of the United States Attorney
    222 W. 7th Avenue, #9
    Anchorage, Alaska 99513-7567

By: s/Marcia Hill
    Legal Secretary/Assistant
    PATTON BOGGS LLP