UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT
NOTICE OF APPEAL NOTIFICATION FORM
Please Fill Out Completely

RECEIVED
MAY 0 9 2006
CLERK U.S. DISTRICT COURT
ANCHORAGE ALASKA

**CASE INFORMATION:**
Short Case Title: USA v Daniel Carson Lewis
Court of Appeals No. (leave blank if unassigned): _06-30257_
U.S. District Court Judge Name and Case No.: John W. Sedwick; 3:01-cr-00149-JWS
Date Complaint/Indictment/Petition Filed: 10/18/01
Date Appealed Order/Judgment *entered*: 3/29/06
Date NOA *filed*: 4/17/06
COA Status (check one):
__granted in full (attach order)     __denied in full (send record)
__granted in part (send record)      __pending

Court Reporter(s) Name and Phone Number: _

Magistrate Judge's Order? If so, please attach.

**FEE INFORMATION:**
Date Docket Fee paid: _4/17/06_          Date Docket Fee billed: _
Date FP granted: _                        Date FP denied: _
Is FP pending? no                         Was FP Limited/Revoked?
US Government Appeal? no
Companion Cases? Please list: _

Please attach copy of any order granting, denying or revoking FP.

**COUNSEL INFORMATION:** (please include e-mail address and fax number)
Appellate Counsel:                        Appellee Counsel:
Rebecca S. Copeland                       Karen Loeffler
601 West 5th Avenue, Suite 700            222 West 7th Avenue, #9
Anchorage, AK 99501                       Anchorage, AK 99513
rcopeland@pattonboggs.com                 karen.loeffler@usdoj.gov
Fax: 907-263-6345                         Fax: 907-271-1500
Phone: 907-263-6300                       Phone: 907-271-5071

__retained   X_CJA   __FPD   __FPD   __Other     Please attach Appointment Order.

**DEFENDANT INFORMATION:**
Prisoner ID: _           Address: _
Custody: _yes_            __
Bail: _

**AMENDED NOTIFICATION INFORMATION:**
Fees Paid: __       9th Circuit Docket Number: _

Name and phone number of person completing this form: Pam Richter
                                                      (907) 677-6125