UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT
RECORD TRANSMITTAL FORM

Date: 10/10/06

To: United States Court of Appeals          ATTN: ( ) CIVIL
    For the Ninth Circuit
    Office of the Clerk                              (xx) CRIMINAL
    95 Seventh Street
    San Francisco, California 94103                  ( )JUDGE

From: Shari Fuhrer
      U.S. District Court-Alaska
      222 West 7th Avenue, #4
      Anchorage, Alaska 99513


DC No: 3:01-cr-00149 -JWS          Appeal No: 06-30257

Short title: USA v Lewis

Composition of Record

Clerk's Files in 7 volumes    (xx) original    ( ) certified copy

    Bulky docs. ___ volumes, docket # ___
                        (folders)

Reporter's   in 4     volumes    (xx) original    ( )certified copy
Transcripts  dkt # 45,53,107,108,109, 156-163

Exhibits:   in ___ envelopes    ( ) under seal

            in ___ boxes        ( ) under seal

Other: **1 SEALED VOLUME dkt # 42,66.69,70,73,74,112,113,164,193,194,197,198**
**NOTE: Documents 199-215 are electronic and available through PACER**
**(certified copy ACMS and ECF dockets enclosed)**

(please note any documents filed under seal)


Acknowledgement: _____    Date: _____
"record.app" [11/21/97]