Daniel Carson Lewis #37590
CCA/Red Rock Corr.Ctr.
1752 East Arica Rd.
Eloy,AZ.,85231

RECEIVED

OCT 2 3 2006

CLERK, U.S. DISTRICT COURT
ANCHORAGE, ALASKA

IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA

Daniel Carson Lewis,  )
     Plaintiff,  )
                             )
v.                       )
                             )
United States,  )
     Defendant  )
_____)  Case No. 3:06-CV-0023 7/w JWS
                                        Case No. A01-149CR(JWS).

## AFFIDAVIT OF DANIEL CARSON LEWIS IN SUPPORT OF HABEAS CORPUS AND REQUEST FOR APPOINTMENT OF COUNSEL

I, Daniel Carson Lewis, deposes under oath, and pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the following is true and correct, and NO NOTARY IS AVAILABLE AT THIS TIME.

    1. I am the plaintiff in the above entitled action.

    2. **I request that this court appoint counsel for I am Indigent, and I currently have the Office of Patton Boggs appointed by this court that represents me in sentence appeal only.**

    3. There is no change in my financial situation from the date this court appointed counsel (Originally). D.O.C. RECORDS ATTACHED.

FUTHER YOUR AFFIANT SAYETH NAUGHT

dated this 22 day of September 2006.

I certify that I MAILED
COPY OF THE PETITION TO THE
U.S. Attorney @ 222 W. 7th
Ave.#9
Anch.Ak.99513

BY: D. Lewis
     Daniel carson Lewis