Daniel Carson Lewis #37590
CCA/Red Rock Corr. Ctr.
1752 East Arica Rd.
Eloy AZ. 85231

RECEIVED
OCT 23 2006
CLERK, U.S. DISTRICT COURT
ANCHORAGE, ALASKA

IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| Daniel Carson Lewis,<br>      Plaintiff,<br><br>v.<br><br>United States,<br>      Defendant. | Case No. 3:06-cv-00237/JWS<br>Case No. A01-149CR(JWS) |

## MOTION TO INCLUDE NOTICE TO JUDGE SEDWICK OF 28 U.S.C § 2255

Come Now Plaintiff, Daniel Carson Lewis, pro se, moves this court to include the; Letter/Notice to Judge John W. Sedwick and copy was sent to U.S. Attorney as well.

The purpose the "NOTICE" is imperative, is: This court illegally sentenced me for crimes the jury did not find me guilty of in violation of my 6th Amendment due process rights.

Also I request court appointed counsel appointed to help me with this habeas corpus.

dated this 25 day of SEPT. 2006.

BY: D. Lewis
     Daniel Carson Lewis

I certify that I MAILED
copy of this motion to
U.S. Attorney, Mrs. Loffler.
Dated this 9/25/06 .
BY: DL .