IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>DANIEL CARSON LEWIS,<br><br>　　　　Defendants. | Case No. 3:01-cr-00149-JWS<br><br><br>ORDER OF DISMISSAL |

A petition for post-conviction relief has been filed by Daniel Carson Lewis under 28 U.S.C. § 2255.[1]   Mr. Lewis, however, has appealed his sentence in this case to the Court of Appeals for the Ninth Circuit.[2]

This Court may not hear Mr. Lewis' case while it is on appeal.  The Ninth Circuit has instructed that the "district court should not entertain a habeas corpus petition while there is an appeal pending in this court or in the Supreme Court."[3] To do otherwise, "would eviscerate our goal of judicial economy by engaging the attention of two courts on the same case at the same time."[4]

---

[1] *See* Docket No. 217.

[2] *See* Docket No. 211 - 216 (appeal filed April 17, 2006).

[3] *United States v. Pirro*, 104 F.3d 297, 299 (9th Cir. 1997), quoting *United States v. Deeb*, 944 F.2d 545, 548 (9th Cir. 1991), *cert. denied*, 503 U.S. 975 (1992), and *Feldman v. Henman*, 815 F.2d 1318, 1320 (9th Cir.1987).

[4] *Id.*

**IT IS HEREBY ORDERED:**

Mr. Lewis's motions at docket numbers 217 - 219 are DENIED, and this action is DISMISSED without prejudice.

DATED this 2nd day of November, 2006, at Anchorage, Alaska.

/s/JOHN W. SEDWICK
United States District Judge