**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ALASKA**

UNITED STATES OF AMERICA,
    Plaintiff,

                            Case Number 3:06-cv-00237-JWS
v.                                 (3:01-cr-00149-JWS)

DANIEL CARSON LEWIS,
    Defendant.               **JUDGMENT IN A CIVIL CASE**

___   **JURY VERDICT**.  This action came before the court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

_X_   **DECISION BY COURT**.  This case is currently on appeal in the Court of Appeals for the Ninth Circuit; therefore this Court currently has no jurisdiction to hear the matter.

      IT IS ORDERED AND ADJUDGED:

      THAT defendant's application for post-conviction relief, under 28 U.S.C. 2255, is dismissed without prejudice.

APPROVED:

_____
/S/JOHN W. SEDWICK
United States District Judge

November 6, 2006              /s/      Ida Romack
Date                                Clerk of Court

                                    Robin M. Carter
                                    (By) Deputy Clerk

[lewis judgment.wpd]