Daniel C. Lewis #37590
CCA/RRCC. 1752 East Arica Rd.
Eloy, AZ. 85231
    Pro se

RECEIVED
JAN 2 9 2007
CLERK, U.S. DISTRICT COURT
ANCHORAGE, ALASKA

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

DANIEL CARSON LEWIS )
    Plaintiff, )
)
v. )
)
UNITED STATES )
    Defendant. )
) Case No. 3:01-cr-00149 JWS

PETITION FOR WRIT OF HABEAS CORPUS
28 U.S.C. § 2255

Plaintiff Daniel C. Lewis, pro se, hereby makes to this court a petition for writ of habeas corpus on the grounds that he was maliciously prosecuted for crime that was not a crime under the state and federal law.

    I was not felon in possession by state law and the federal government should not over-steped state law because, under state law I had my civil rights restored therefore, I was maliciously prosecuted. I adopt by reference the facts in Exibits # A, and, B. a former filed habeas corpus that was not accepted because Lewis had a pending sentence appeal. The appeal is final there is no more pending actions pursuant to the attached Order.
I respectfully request that this 2255 now proceed and, Lewis requests counsel as well.

    Dated this 21 day of JANUARY 2007.

                    Plaintiff,

                    D. Lewis
                    Daniel Carson Lewis