Daniel Carson Lewis #37590
CCA/Red Rock Corr. Ctr.
1752 East Arica Rd.
Eloy AZ. 85231

RECEIVED
JAN 2 9 2007
CLERK, U.S. DISTRICT COURT
ANCHORAGE, ALASKA

RECEIVED
OCT 2 3 2006
CLERK, U.S. ....
ANCHORAGE, A...

RECEIVED
JAN 0 8 2007
CLERK, U.S. ...
ANCHORAGE, A...

IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
ANCHORAGE, ALASKA

Daniel Carson Lewis,
    Plaintiff,

v.

United States,
    Defendant.

Case No. 3:06-cv-00297/JWS
Case No. A01-149CR(JWS)

## MOTION TO INCLUDE NOTICE TO JUDGE SEDWICK OF 28 U.S.C § 2255

Come Now Plaintiff, Daniel Carson Lewis, pro se, moves this court to include the; Letter/Notice to Judge John W. Sedwick and copy was sent to U.S. Attorney as well.

The purpose the "NOTICE" is imperative, is: This court illegally sentenced me for crimes the jury did not find me guilty of in violation of my 6th Amendment due process rights.

Also I request court appointed counsel appointed to help me with this habeas corpus.

dated this 25 day of Sept. 2006.

BY: D. Lewis
    Daniel Carson Lewis

I certify that I MAILED
copy of this motion to
U.S. Attorney, Mrs. Loffler.
Dated this 9/25/06.
BY: DL

EXHibit# B

CLIENT MATTER # 970523.0128
DOCKET DETAILS:

| DUE DATE | EVENT | CALENDARED BY |
|---|---|---|

DISTRIBUTION:
INTERNAL  MRS/RSC
EXTERNAL  D. Lewis
ORIGINAL  MDH/RAJ