UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

RECEIVED

JAN 2 9 2007

CLERK, U.S. DISTRICT COURT
ANCHORAGE, ALASKA

| UNITED STATES OF AMERICA, | No. 06-30257 |
|---|---|
| Plaintiff - Appellee, | D.C. No. CR-01-00149-JWS |
| v. | |
| DANIEL CARSON LEWIS, | **JUDGMENT** |
| Defendant - Appellant. | |

Appeal from the United States District Court for the District of Alaska (Anchorage).

This cause came on to be heard on the Transcript of the Record from the United States District Court for the District of Alaska (Anchorage) and was duly submitted.

On consideration whereof, it is now here ordered and adjudged by this Court, that the judgment of the said District Court in this cause be, and hereby is **AFFIRMED**.

Filed and entered 12/19/06

CLIENT MATTER # 970523.0128

DOCKET DETAILS:

| DUE DATE | EVENT | CALENDARED BY |
|---|---|---|

DISTRIBUTION:
INTERNAL RSC/MRS
EXTERNAL
ORIGINAL MDH/KAJ

1 OF 2




Office of the Clerk
**United States Court of Appeals for the Ninth Circuit**
95 Seventh Street
Post Office Box 193939
San Francisco, California 94119-3939

Cathy A. Catterson
Clerk of Court

(415) 556-9800

January 10, 2007

USDC, Anchorage
District of Alaska (Anchorage)
222 W. 7th Avenue
Anchorage, AK 99513

| **No.** | **Title** | **Agency/D.C. No.** |
|---|---|---|
| 06-30257 | USA v. Lewis | CR-01-00149-JWS |

Dear Clerk:

The following document in the above listed cause is being sent to you under cover of this letter.

- *Certified copy of the Decree of the Court*

The record on appeal will follow under separate cover. Please acknowledge receipt on the enclosed copy of this letter.

Very truly yours,

Cathy A. Catterson
Clerk of Court

By: Gail Nelson-Hom
Deputy Clerk

Enclosure(s)
cc: All Counsel