# STATE OF ALASKA /

**Frank Murkowski, GOVERNOR**

REPLY TO:

## DEPARTMENT OF CORRECTIONS

P.O. Box 112000
Juneau, Alaska 99811-2000
Telephone (907) 465-3478

Daniel C. Lewis
c/o CCA Red Rock Correctional Center
1752 E. Arica Road
Eloy, Arizona 85231

October 31, 2006

RECEIVED

JAN 2 9 2007

CLERK, U.S. DISTRICT COURT
ANCHORAGE, ALASKA

Dear Mr. Lewis:

**RE: Prisoner Account Statement**

Issued under the authority of Alaska Statute (A.S.) 09.19.010 (b)(2), the certified copies of prisoner account statements you requested for account # **37590** the time period **April 2006** through **September 2006** are enclosed. **Please note statements for prior periods of incarceration may not be included.**

In addition, in response to A.S. 09.19.010 (d), the following is provided:

1.) The average monthly deposit for the time period indicated above was $\underline{\$191.71}$ and 20% of this amount equals $\underline{\$38.34}$.

and,

2) The average balance for the time period indicated above was $\underline{\$270.94}$ and 20% of this amount equals $\underline{\$54.18}$.

If you are a prisoner who is commencing a civil action, an appeal from a civil action, or an appeal from the final decision of an administrative agency, against the state or a present or former state officer, agent or employee, **and you are requesting a filing fee exemption**, you should submit this memorandum and enclosure to the court.

If you indicated that you would like an additional copy of your statements or requested statements older than six months these copies are available for $0.15 each.  You may request copies of these originals from your Institution through a commissary request.

If you have any questions on this information, please contact us.

Enclosure/s

Sincerely,

Mary Engdahl, Accounting Tech. III
Division of Administrative Services/DOC

Inmate Current Running Balance Date Range Report
Florence Correctional Center

Today's Date: 10/31/2006
Report Spanning: 04/01/2006 - 10/31/2006

Page 2 of 3

Inmate Name: LEWIS   DANIEL   CARSON   Booking# 233393   Beginning Balance: 0

| Trans Date/Time | Trans Type | Amount | Code | Check# | Deposit From/Withdrawal To | Document Locator # | Running Bal | Receipt # | Rev? |
|---|---|---|---|---|---|---|---|---|---|
| 03/08/2006 15:08 | Withdrawal | -36.57 | CO | | COMMISSARY SUMMARY POSTING | COMMISSARY SUMMARY POSTING | .61 | 1805C4 | |
| 03/08/2006 15:57 | Withdrawal | 38.57 | CRV | | COMMISSARY SUMMARY REVERS | COMMISSARY SUMMARY REVERSAL | 39.18 | 1816065 | |
| 03/09/2006 09:4_ | Withdrawal | -25.10 | CO | | COMMISSARY SUMMARY POSTING | COMMISSARY SUMMARY POSTING | 4.08 | 1816718 | |
| 03/21/2006 12:19 | Deposit | 39.20 | JA | OTHER | Feb-Mar Pay/2006 | | 43.28 | 1855680 | |
| 03/27/2006 14:16 | Withdrawal | -5.84 | PO | | POSTAGE | | 37.44 | 1858942 | |
| 03/27/2006 14:17 | Withdrawal | -5.84 | PC | | POSTAGE | | 31.60 | 1868855 | |
| 03/27/2006 14:21 | Withdrawal | -5.84 | PO | | POSTAGE | | 25.76 | 1859085 | |
| 04/04/2006 08:13 | Withdrawal | -10.94 | CO | | COMMISSARY SUMMARY POSTING | COMMISSARY SUMMARY POSTING | 14.82 | 1916444 | |
| 04/05/2006 06:30 | Deposit | 85.00 | MC | MAIL | LLOYD IPALOOK | | 99.82 | 1919952 | |
| 04/11/2006 12:46 | Withdrawal | -14.00 | SO | | WA NATIVE HOSTESS | | 85.82 | 1933130 | |
| 04/17/2006 11:03 | Withdrawal | -76.97 | CRV | | COMMISSARY SUMMARY POSTING | COMMISSARY SUMMARY POSTING | 8.85 | 1972443 | |
| 04/21/2006 09:15 | Withdrawal | 76.97 | CRV | | COMMISSARY SUMMARY REVERS | COMMISSARY SUMMARY REVERSAL | 85.82 | 1932544 | |
| 04/21/2006 09:29 | Withdrawal | -32.85 | CO | | COMMISSARY SUMMARY POSTING | COMMISSARY SUMMARY POSTING | 52.97 | 1992602 | |
| 04/25/2006 12:53 | Deposit | 43.40 | JA | OTHER | March-April 2006 Pay | | 96.37 | 1999854 | |
| 04/27/2006 10:29 | Withdrawal | -15.00 | PT | | PHONE TIME | | 81.37 | 2016770 | 81.37 |
| 05/02/2006 11:05 | Withdrawal | -70.93 | CO | | COMMISSARY SUMMARY POSTING | COMMISSARY SUMMARY POSTING | 10.44 | 2031509 | |
| 05/16/2006 12:39 | Withdrawal | -10.27 | CO | | COMMISSARY SUMMARY POSTING | COMMISSARY SUMMARY POSTING | .17 | 2093062 | |
| 05/23/2006 10:49 | Deposit | 42.00 | JA | OTHER | apr/may pay 2006 | | 42.17 | 2100109 | |
| 05/24/2006 10:29 | Withdrawal | -4.00 | AC | | AK CO-PAY DOS: 4/26/06 | | 38.17 | 2127076 | |
| 05/24/2006 12:42 | Deposit | 589.00 | MO | MAIL | DYON LIMITED | | 627.17 | 2122304 | |
| 05/24/2006 12:46 | Withdrawal | -4.00 | CT | | MEDICAL CHARGE DOS: 4/26/06 | | 623.17 | 2128573 | Y |
| 05/24/2006 12:52 | Deposit | 4.00 | CT | | MEDICAL CHARGE DOS: 4/26/06 | | 627.17 | 2128573 | Y |
| 05/24/2006 12:52 | Withdrawal | -4.00 | MD | | MEDICAL CHARGE DOS: 4/26/06 | | 623.17 | 2128635 | |
| 05/29/2006 10:44 | Withdrawal | -15.28 | MO | 44731 | TRIAL COURT SYSTEM, CS#3AN-06 | | 607.89 | 2138033 | 607.89 |
| 06/01/2006 08:38 | Withdrawal | -157.89 | CO | | COMMISSARY SUMMARY POSTING | COMMISSARY SUMMARY POSTING | 450.00 | 2152291 | |
| 06/16/2006 08:59 | Withdrawal | -101.63 | CO | | COMMISSARY SUMMARY POSTING | COMMISSARY SUMMARY POSTING | 348.37 | 2225234 | |
| 06/16/2006 09:18 | Withdrawal | 101.63 | CRV | | COMMISSARY SUMMARY REVERS | COMMISSARY SUMMARY REVERSAL | 450.00 | 2225341 | |
| 06/23/2006 06:18 | Withdrawal | -31.52 | CO | | COMMISSARY SUMMARY POSTING | COMMISSARY SUMMARY POSTING | 418.48 | 2254040 | |
| 06/26/2006 06:56 | Withdrawal | -106.31 | CO | | COMMISSARY SUMMARY POSTING | COMMISSARY SUMMARY POSTING | 312.17 | 2271886 | |

I certify this to be a true copy of the original document.

_[signature]_ 10/31/06
SIGNATURE    DATE

**Inmate Current Running Balance Date Range Report**
**Florence Correctional Center**

Today's Date: 10/31/2006
Report Spanning: 04/01/1903 - 10/31/2006

Page 3 of 3

Inmate Name: LEWIS   DANIEL   CARSON   Booking#: 233393   Beginning Balance: 0

| Trans Date/Time | Trans Type | Amount | Code | Check# | Deposit From/Withdrawal To | Document Locator # | Running Bal | Receipt # | Rev? |
|---|---|---|---|---|---|---|---|---|---|
| 06/27/2006 08:4- | Deposit | 42.40 | JA | OTHER | May/Jun 2006 Pay | | 355.57 | 2252659 | |
| 07/05/2006 11:20 | Withdrawal | -100.00 | NO | 45182 | LASHAUNA H LOGAN | | 255.57 | 2316524 | |
| 07/11/2006 14:56 | Withdrawal | -49.65 | CO | | COMMISSARY SUMMARY POSTING | LEWIS, DANIEL CARSON #37590 COMMISSARY SUMMARY POSTING | 205.92 | 2356818 | |
| 07/24/2006 08:55 | Deposit | 1.50 | PR | | PHONE TIME RETURNED | | 207.42 | 2427716 | |
| 07/24/2006 12:24 | Withdrawal | -207.42 | RX | | RED ROCK CK#23904 | | .00 | 2428699 | |
| Total Withdraws this Inmate | | -1441.03 | | | | Total Deposits This Inmate | 1441.03 | Net Transactions | 0.00 |

I certify this to be a true copy of the original document.
SIGNATURE: Mary [signature]  DATE: 10/31/06

# Inmate Account Summary Report
## Red Rock Correctional Center

Today's Date: 10/31/2006                                                                 Page 1 of 3

| Last Name | First Name | Middle Name | Affix | Booking# |
|---|---|---|---|---|
| LEWIS | DANIEL | CARSON | | 596432 |

| Trans Date/Time | Trans Type | Amount | Code | Check# | Deposit From/Withdrawal To | Curr Bal | CR Bal | Receipt # | Rev? |
|---|---|---|---|---|---|---|---|---|---|
| 07/25/2006 13:49 | Deposit | 207.42 | MO | | FLORENCE CORRECTION CTR CK #2 | 207.42 | 0.00 | 2437317 | |
| Authorizing Employee: SGULLE | | | | | Document Locator Number: | | | | |
| 07/26/2006 15:16 | Withdrawal | -28.18 | CO | | COMMISSARY SUMMARY POSTING | (179.24) | 0.00 | 2445154 | |
| Authorizing Employee: GABBER | | | | | Document Locator Number: COMMISSARY SUMMARY POSTING | | | | |
| 08/02/2006 06:43 | Withdrawal | -19.79 | CO | | COMMISSARY SUMMARY POSTING | 159.45 | 0.00 | 2473022 | |
| Authorizing Employee: LTROSE | | | | | Document Locator Number: COMMISSARY SUMMARY POSTING | | | | |
| 08/07/2006 11:02 | Withdrawal | -14.58 | CO | | COMMISSARY SUMMARY POSTING | 144.87 | 0.00 | 2500195 | |
| Authorizing Employee: LTROSE | | | | | Document Locator Number: COMMISSARY SUMMARY POSTING | | | | |
| 08/14/2006 10:08 | Withdrawal | -20.82 | CO | | COMMISSARY SUMMARY POSTING | 124.05 | 0.00 | 2544793 | |
| Authorizing Employee: LTROSE | | | | | Document Locator Number: COMMISSARY SUMMARY POSTING | | | | |
| 08/14/2006 10:59 | Withdrawal | -3.60 | CE | | COPIES - DOS: 8/07/06 | 120.45 | 0.00 | 2545431 | |
| Authorizing Employee: SGULLE | | | | | Document Locator Number: | | | | |
| 08/22/2006 10:41 | Withdrawal | -16.66 | CO | | COMMISSARY SUMMARY POSTING | 103.79 | 0.00 | 2599682 | |
| Authorizing Employee: LTROSE | | | | | Document Locator Number: COMMISSARY SUMMARY POSTING | | | | |
| 08/28/2006 11:41 | Withdrawal | -6.55 | CO | | COMMISSARY SUMMARY POSTING | 97.24 | 0.00 | 2638729 | |
| Authorizing Employee: LTROSE | | | | | Document Locator Number: COMMISSARY SUMMARY POSTING | | | | |
| 08/29/2006 15:16 | Withdrawal | -11.20 | CE | | COPIES DOS: 8/14/06 | 86.04 | 0.00 | 2651466 | |
| Authorizing Employee: SGULLE | | | | | Document Locator Number: | | | | |
| 08/29/2006 15:34 | Withdrawal | -1.20 | CE | | COPIES DOS: 8/17/06 | (84.84) | 0.00 | 2651571 | |
| Authorizing Employee: SGULLE | | | | | Document Locator Number: | | | | |
| 09/05/2006 10:23 | Withdrawal | -28.12 | CO | | COMMISSARY SUMMARY POSTING | 56.72 | 0.00 | 2681719 | |
| Authorizing Employee: LTROSE | | | | | Document Locator Number: COMMISSARY SUMMARY POSTING | | | | |
| 09/05/2006 12:09 | Withdrawal | -.50 | CE | | COPIES DOS: 9/01/06 | 56.22 | 0.00 | 2683960 | |
| Authorizing Employee: SGULLE | | | | | Document Locator Number: | | | | |
| 09/11/2006 18:47 | Deposit | (32.40) | JA | OTHER | AK Pay Aug 1-Aug 31 | 88.62 | 0.00 | 2719396 | |
| Authorizing Employee: TMCNAM | | | | | Document Locator Number: | | | | |

I certify this to be a true copy of the original document.

_[signature]_ 10/31/06
SIGNATURE        DATE

**Inmate Account Summary Report**
**Red Rock Correctional Center**

Today's Date: 10/31/2006                                                                                                          Page 2 of 3

| Last Name | First Name | Middle Name | Affix | Booking# | | | | |
|---|---|---|---|---|---|---|---|---|
| LEWIS | DANIEL | CARSON | | 596432 | | | | |

| Trans Date/Time | Trans Type | Amount | Code | Check# | Deposit From/Withdrawal To | Curr Bal | CR Bal | Receipt # | Rev? |
|---|---|---|---|---|---|---|---|---|---|
| 09/12/2006 11:40 | Withdrawal | -20.16 | CO | | COMMISSARY SUMMARY POSTING | 68.46 | 0.00 | 2740534 | |
| Authorizing Employee: KMCCAR | | | | | Document Locator Number: | | | | |
| 09/18/2006 10:01 | Withdrawal | -5.96 | CO | | COMMISSARY SUMMARY POSTING | 62.50 | 0.00 | 2779021 | |
| Authorizing Employee: KMCCAR | | | | | Document Locator Number: | | | | |
| 09/18/2006 10:30 | Withdrawal | -10.00 | SO | | NAtive Burgers | 52.50 | 0.00 | 2760504 | |
| Authorizing Employee: MVERDU | | | | | Document Locator Number: | | | | |
| 09/18/2006 12:43 | Withdrawal | -5.00 | MO | 6250 | MISS ISABELLA | 47.50 | 0.00 | 2781392 | |
| Authorizing Employee: SGULLE | | | | | Document Locator Number: | | | | |
| 09/25/2006 14:34 | Withdrawal | -37.13 | CO | | COMMISSARY SUMMARY POSTING | 10.37 | 0.00 | 2831580 | |
| Authorizing Employee: KMCCAR | | | | | Document Locator Number: | | | | |
| 09/26/2006 08:59 | Deposit | 309.60 | MO | MAIL | DOYON LIMITED | 319.97 | 0.00 | 2836467 | |
| Authorizing Employee: SGULLE | | | | | Document Locator Number: 92090 | | | | |
| 09/29/2006 11:19 | Withdrawal | -.50 | CE | | COPIES DOS: 9/05/06 | 319.47 | 0.00 | 2865197 | |
| Authorizing Employee: SGULLE | | | | | Document Locator Number: | | | | |
| 09/29/2006 11:44 | Withdrawal | -1.50 | CE | | COPIES DOS: 9/11/06 | 317.97 | 0.00 | 2865344 | |
| Authorizing Employee: SGULLE | | | | | Document Locator Number: | | | | |
| 09/29/2006 11:57 | Withdrawal | -1.20 | CE | | COPIES DOS: 9/14/06 | 316.77 | 0.00 | 2865437 | |
| Authorizing Employee: SGULLE | | | | | Document Locator Number: | | | | |
| 10/02/2006 08:50 | Withdrawal | -39.96 | CO | | COMMISSARY SUMMARY POSTING | 276.81 | 0.00 | 2872075 | |
| Authorizing Employee: CCERDA | | | | | Document Locator Number: | | | | |
| 10/02/2006 12:59 | Withdrawal | -.20 | CE | | COPIES DOS: 9/278/06 | 276.61 | 0.00 | 2876727 | |
| Authorizing Employee: SGULLE | | | | | Document Locator Number: | | | | |
| 10/02/2006 14:09 | Withdrawal | -4.00 | MD | | MEDICAL CHARGE DOS: 9/29/06 | 272.61 | 0.00 | 2878056 | |
| Authorizing Employee: SGULLE | | | | | Document Locator Number: | | | | |
| 10/03/2006 09:39 | Withdrawal | -35.29 | CO | | COMMISSARY SUMMARY POSTING | 237.32 | 0.00 | 2927152 | |
| Authorizing Employee: KMCCAR | | | | | Document Locator Number: | | | | |

I certify this to be a true copy of the original document.

SIGNATURE _____ DATE 10/31/06

Alaska Department of Corrections
ARIZONA - RED ROCK CC

## STATEMENT OF ACCOUNT
### Offender Account Activity

Statement Date: 04/01/2006    To: 04/30/2006      Page 1 of 1

ACCOUNT TRANSACTION DETAIL:

Account: FUNDS AVAILABLE
Account Balance: 0.00

| Trans. ID | Trans. Date | Transaction Description | Debit | Credit | Account Balance |
|---|---|---|---|---|---|
|  |  | Beginning Balance |  |  | 0.00 |
|  |  | Ending Balance |  |  | 0.00 |

Account: FORCED SAVINGS
Account Balance: 0.00

| Trans. ID | Trans. Date | Transaction Description | Debit | Credit | Account Balance |
|---|---|---|---|---|---|
|  |  | Beginning Balance |  |  | 0.00 |
|  |  | Ending Balance |  |  | 0.00 |

**MESSAGES:**
I/M REQUEST

I certify this to be a true **COPY**
of the original document.

_(signature)_    10/31/06
SIGNATURE      DATE

Offender #: 37590    USP #: 37590    LEWIS, DANIEL CARSON      Location: AZ-RED ROCK CC    Cell: FA7T

Alaska Department of Corrections
ARIZONA - RED ROCK CC
**STATEMENT OF ACCOUNT**
**Offender Account Activity**

Statement Date: 05/01/2006    To: 05/31/2006                        Page 1 of 1

ACCOUNT TRANSACTION DETAIL:

Account: FUNDS AVAILABLE
Account Balance: 0.00

| Trans. ID | Trans. Date | Transaction Description | Debit | Credit | Account Balance |
|---|---|---|---|---|---|
| | | Beginning Balance | | | 0.00 |
| | | Ending Balance | | | 0.00 |

Account: FORCED SAVINGS
Account Balance: 0.00

| Trans. ID | Trans. Date | Transaction Description | Debit | Credit | Account Balance |
|---|---|---|---|---|---|
| | | Beginning Balance | | | 0.00 |
| | | Ending Balance | | | 0.00 |

**MESSAGES:**
I/M REQUEST

I certify this to be a true copy
of the original document.
_Mary Ingdahl_   10/31/06
SIGNATURE                  DATE

Alaska Department of Corrections
ARIZONA - RED ROCK CC

**STATEMENT OF ACCOUNT**
**Offender Account Activity**

Statement Date: 06/01/2006     To: 06/30/2006

Page 1 of 1

ACCOUNT TRANSACTION DETAIL:

Account: FUNDS AVAILABLE
Account Balance: 0.00

| Trans. ID | Trans. Date | Transaction Description | Debit | Credit | Account Balance |
|---|---|---|---|---|---|
| | | Beginning Balance | | | 0.00 |
| | | Ending Balance | | | 0.00 |

Account: FORCED SAVINGS
Account Balance: 0.00

| Trans. ID | Trans. Date | Transaction Description | Debit | Credit | Account Balance |
|---|---|---|---|---|---|
| | | Beginning Balance | | | 0.00 |
| | | Ending Balance | | | 0.00 |

**MESSAGES:**
I/M REQUEST

I certify this to be a true copy of the original document.

_Mary Gragdahl_ 10/31/06
SIGNATURE                    DATE

Alaska Department of Corrections
ARIZONA - RED ROCK CC

## STATEMENT OF ACCOUNT
### Offender Account Activity

Statement Date: 07/01/2006  To: 07/31/2006  Page 1 of 1

ACCOUNT TRANSACTION DETAIL:

Account: FUNDS AVAILABLE
Account Balance: 0.00

| Trans. ID | Trans. Date | Transaction Description | Debit | Credit | Account Balance |
|---|---|---|---|---|---|
| | | Beginning Balance | | | 0.00 |
| | | Ending Balance | | | 0.00 |

Account: FORCED SAVINGS
Account Balance: 0.00

| Trans. ID | Trans. Date | Transaction Description | Debit | Credit | Account Balance |
|---|---|---|---|---|---|
| | | Beginning Balance | | | 0.00 |
| | | Ending Balance | | | 0.00 |

**MESSAGES:**
I/M REQUEST

I certify this to be a true copy
of the original document
Mary Oredahl  10/31/06
SIGNATURE  DATE

Alaska Department of Corrections
ARIZONA - RED ROCK CC
**STATEMENT OF ACCOUNT**
**Offender Account Activity**

Statement Date: 08/01/2006   To: 08/31/2006   Page 1 of 1

ACCOUNT TRANSACTION DETAIL:

Account: FUNDS AVAILABLE
Account Balance: 0.00

| Trans. ID | Trans. Date | Transaction Description | Debit | Credit | Account Balance |
|---|---|---|---|---|---|
| | | Beginning Balance | | | 0.00 |
| | | Ending Balance | | | 0.00 |

Account: FORCED SAVINGS
Account Balance: 0.00

| Trans. ID | Trans. Date | Transaction Description | Debit | Credit | Account Balance |
|---|---|---|---|---|---|
| | | Beginning Balance | | | 0.00 |
| | | Ending Balance | | | 0.00 |

**MESSAGES:**
I/M REQUEST

I certify this to be a true copy
of the original document.

_signature_   10/31/06
SIGNATURE   DATE

Offender #: 37590   USP #: 37590   LEWIS, DANIEL CARSON   Location: AZ-RED ROCK CC   Cell: FA7T

Offender #: 37590     USP #: 37590     LEWIS, DANIEL CARSON     Location: AZ-RED ROCK CC     Cell: FA7T

## Alaska Department of Corrections
### ARIZONA - RED ROCK CC
### STATEMENT OF ACCOUNT
**Offender Account Activity**

Statement Date: 09/01/2006    To: 09/30/2006    Page 1 of 1

**ACCOUNT TRANSACTION DETAIL:**

Account: FUNDS AVAILABLE
Account Balance: 0.00

| Trans. ID | Trans. Date | Transaction Description | Debit | Credit | Account Balance |
|---|---|---|---|---|---|
| | | Beginning Balance | | | 0.00 |
| | | Ending Balance | | | 0.00 |

Account: FORCED SAVINGS
Account Balance: 0.00

| Trans. ID | Trans. Date | Transaction Description | Debit | Credit | Account Balance |
|---|---|---|---|---|---|
| | | Beginning Balance | | | 0.00 |
| | | Ending Balance | | | 0.00 |

**MESSAGES:**
I/M REQUEST

Offender #: 37590     USP #: 37590     LEWIS, DANIEL CARSON

I certify this to be a true copy, of the original document.

SIGNATURE     DATE

Location: AZ-RED ROCK CC     Cell: FA7T