Case 3:01-cr-00149-JWS   Document 218   Filed 10/23/2006   Page 1 of 2

Name DANIEL C. LEWIS
Address CCA / RED ROCK CORR. CTR
City, State, Zip 1752 EAST ARICA RD.
~~Telephone number~~ ELOY, AZ. 85231

RECEIVED
JAN 2 9 2007
CLERK, U.S. DISTRICT COURT
ANCHORAGE, ALASKA

RECEIVED
JAN 0 3 2007
CLERK, U.S. DISTRICT COURT
ANCHORAGE, ALASKA

RECEIVED
OCT 2 3 2006
CLERK, U.S. DISTRICT COURT
ANCHORAGE, ALASKA

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF Alaska

DANIEL C. LEWIS

Plaintiff,

vs.

UNITED STATES

Defendant.

3:01-cr-00149 JWS
CV 3:06-cv-00287-JWS

MOTION TO PROCEED
IN FORMA PAUPERIS and
SUPPORTING INFORMATION

I, DANIEL C. LEWIS, declare that I am the Plaintiff in this action; that I hereby request to proceed without being required to prepay fees, costs or give security therefore. I state that, because of my poverty, I am unable to pay the fees of said proceeding; that I believe I am entitled to relief.

In further support of this application, I answer the following questions:

1.  Are you presently employed?   Yes [ ]  No [X]

    a.  If the answer is "yes", state the amount of your salary or wages per month and give the name and address of your employer.

    b.  If the answer is "no", state the date of last employment and the amount of the salary and wages per month which you received.

    6/6/2001 — ABOUT 1,000.00 PER MONTH.

    I, HAVE NOT WORKED SINCE 6/6/2001.

CLIENT MATTER # 970523.0128

DOCKET DETAILS:

| DUE DATE | EVENT | CALENDARED BY |
|---|---|---|

DISTRIBUTION:
INTERNAL  MRS / RSC
EXTERNAL  D. Lewis
ORIGINAL  MDH / RAT

2. Is your spouse employed?  Yes (No)

3. Have you received within the past twelve months any money from any of the following sources?

   a. Business or other form of self employment  Yes (No)
   b. Rent payments, interest or dividends  Yes (No)
   c. Pensions, annuities or life insurance payments  Yes (No)
   d. Gifts or inheritances  Yes (No)
   e. Any other sources  Yes (No)

   If the answer to any of the above is "yes", describe each source of money and state the amount received from each during the past twelve months.

4. Do you own any cash, or do you have money in checking or savings accounts?
   If the answer is "yes", what is the amount of money you own in cash  -0-  ,
   checking account  -0-  , savings account  -0-  .

5. Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding household furnishing and clothing)? Yes (No)
   If the answer is "yes", describe and give estimated value of each.

6. List the persons who are dependent upon you for support, state your relationship to those persons, and indicate how much you contribute towards their support.

I declare under penalty of perjury that the forgoing is true and correct.

DATED this **23** day of **SEPTEMBER**, 200**6**.

**D. Lewis**
Your signature in ink
**DANIEL C. LEWIS**
Your name typed or printed
**CCA/RED ROCK CORR. CTR. 1752**
**EAST ARICA RD., ELOY, AZ. 85231**
Address
**NONE**
Telephone Number