Case 3:01-cr-00149-JWS    Document 218    Filed 10/23/2006    Page 1 of 2

RECEIVED

JAN 2 9 2007

CLERK, U.S. DISTRICT COURT
ANCHORAGE, ALASKA

RECEIVED

OCT 2 3 2006

CLERK, U.S. DISTRICT COURT
ANCHORAGE, ALASKA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| DANIEL C. LEWIS,<br>　　　　Plaintiff,<br><br>vs.<br><br>UNITED STATES<br>　　　　Defendant. | 3:01-cr-00149 JWS<br>CV 3:06-cv-00237 JWS<br><br>ORDER |

I, _____, District Judge/Magistrate Judge of the United

States District Court for the District of ALASKA hereby:

_____ GRANT the application for leave to proceed in forma pauperis, without prepayment of costs

or fees or the necessity of giving security therefore. Plaintiff shall be responsible for service

by waiver or of the summons and complaint.

_____ GRANT the application for leave to proceed in forma pauperis, without prepayment of costs

or fees or the necessity of giving security therefore. Service by waiver or of the summons and

complaint shall be at government expense on the defendants by the U.S. Marshal or his

authorized representative.

_____ DENY the application for leave to proceed in forma pauperis without prepayment of costs

or fees or the necessity of giving security therefore. Plaintiff shall have 10 days from the

entry of this Order to pay the filing fee of $250.00. The Clerk of Court is directed to enter

1    dismissal of this action without further notice if Plaintiff fails to pay the filing fee of $250.00

2    within 10 days of the entry of this Order.

3    The Clerk shall forthwith notify the Plaintiff of the entry of this Order.

4

5           DATED this ___ day of _____, 200__.

6

7    _____
     United States District/Magistrate Judge

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28