Law Offices of John C. Pharr
733 W. 4th Ave, Suite 308
Anchorage, Alaska 99501
Phone: 907/272-2525
Fax: 907/277-9859
E-mail: jpharr@gci.net
AK # 8211140

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| DANIEL C. LEWIS, | ) |
| | ) |
| Defendant. | ) |
| | ) Case No. 3:01-cr-00149-JWS |

**ENTRY OF APPEARANCE**

COMES NOW JOHN C. PHARR and hereby enters his appearance of record for defendant DANIEL C. LEWIS.

All further notices, filings, and other documents required to be served upon or otherwise furnished to defendant in this matter shall be delivered to the undersigned at:

> LAW OFFICES OF JOHN C. PHARR
> 733 W. 4th Avenue, Suite 308
> Anchorage, Alaska  99501
>
> Telephone:  907/272-2525
> Facsimile:  907/277-9859
> e-mail: jpharr@gci.net

DATED at Anchorage, Alaska, this 14th day of March 2007.

*ENTRY OF APPEARANCE*
*United States of America v. Daniel C. Lewis*
*Case No. 3:01-cr-00149-JWS*                                    *Page 1 of 2*

        LAW OFFICES OF JOHN C. PHARR

        s/John C. Pharr
        Attorneys for Defendant,
        Daniel C. Lewis
        733 W. 4th Ave, Suite 308
        Anchorage, Alaska 99501
        Phone: 907/272-2525
        Fax: 907/277-9859
        E-mail: jpharr@gci.net
        AK # 8211140

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on March 14, 2007, a copy of the foregoing was served electronically:

U.S. Attorney's Office

s/John C. Pharr

*ENTRY OF APPEARANCE*
*United States of America v. Daniel C. Lewis*
*Case No. 3:01-cr-00149-JWS*                                      *Page 2 of 2*