Law Offices of John C. Pharr
733 W. 4th Ave, Suite 308
Anchorage, Alaska 99501
Phone: 907/272-2525
Fax: 907/277-9859
E-mail: jpharr@gci.net
AK # 8211140

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,    )<br>                              )<br>         Respondent,          )<br>                              )<br>    v.                        )<br>                              )<br>DANIEL C. LEWIS,              )<br>                              )<br>         Petitioner.          )<br>_____) | Case No. 3:01-cr-00149-JWS |

**MOTION FOR 30-DAY EXTENSION TO FILE AMENDED 2255**

COMES NOW petitioner, Daniel C. Lewis, by and through his attorney of record John C. Pharr of the LAW OFFICES OF JOHN C. PHARR and hereby moves the court for a thirty-day extension of time to file his amended 2255.

This motion is supported by the attached affidavit of counsel.

DATED at Anchorage, Alaska, this 6th day of April 2007.

                              LAW OFFICES OF JOHN C. PHARR

                              s/John C. Pharr
                              Attorney for petitioner
                              Daniel C. Lewis
                              733 W. 4th Ave, Suite 308
                              Anchorage, Alaska 99501
                              Phone: 907/272-2525

Fax: 907/277-9859
E-mail: jpharr@gci.net
AK # 8211140

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on
April 6, 2007, a copy
of the foregoing was served
electronically:

U.S. Attorney's Office

s/John C. Pharr