UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>　　　　　Plaintiff,<br>vs.<br><br>DANIEL CARSON LEWIS<br><br>　　　　　Defendant. | 3:01-cr-00149-JWS<br><br>**ORDER**<br>**REGARDING MOTION FOR**<br>**EXTENSION OF TIME TO FILE**<br>**AMENDED 2255**<br><br>(Docket No. 232) |

　　　　Petitioner, Daniel Lewis, having moved the court and the court having considered his motion for extension of time, affidavit of counsel, and being fully advised in the premises,

　　　　IT IS HEREBY ORDERED that petitioner's motion is GRANTED. The due date of his amended 2255 is extended thirty days, from April 6, 2007 until May 7, 2007. Government's answer shall be filed by June 7, 2007.

　　　　DATED this 9th day of April, 2007, at Anchorage, Alaska.

　　　　　　　　　　　　　　　　 /s/ John D. Roberts
　　　　　　　　　　　　　　　　JOHN D. ROBERTS
　　　　　　　　　　　　　　　　United States Magistrate Judge