Law Offices of John C. Pharr
733 W. 4th Ave, Suite 308
Anchorage, Alaska 99501
Phone: 907/272-2525
Fax: 907/277-9859
E-mail: jpharr@gci.net
AK # 8211140

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Respondent, ) | |
| ) | |
| v. ) | |
| ) | |
| DANIEL C. LEWIS, ) | |
| ) | |
| Petitioner. ) | |
| _____) | Case No. 3:01-cr-00149-JWS |

**AFFIDAVIT OF JOHN C. PHARR**

STATE OF ALASKA          )
                         ) ss.
THIRD JUDICIAL DISTRICT  )

I, John Pharr, depose and state as follows:

1. I am CJA-appointed attorney for petitioner herein.

2. Petitioner's amended 2255 was due on April 6, 2007, and an extension of time until today, May 7, 2007, was requested, and granted.

3. I have been working on a general court-martial in United States v. Andres D. Hunter. Consequently I was unable to complete the amended 2255 for petitioner Lewis.

4. I am therefore requesting a two-week extension of time

*AFFIDAVIT OF JOHN C. PHARR*
*United States of America v. Daniel C. Lewis*
*Case No.3:01-cr-00149-JWS*                                        *Page 1 of 2*

to file the amended 2255.

    5.   This is the second request for extension of time.

FURTHER YOUR AFFIANT SAYETH NAUGHT.

DATED at Anchorage, Alaska, this 7th day of May 2007.

                         By: _____s/John C. Pharr_____
                                John C. Pharr, Esq.,
                                Alaska Bar No. 8211140

SUBSCRIBED AND AFFIRMED before me this 7th day of May 2007, at Anchorage, Alaska.

                              _____s/Sharon R. Leippi_____
                              Notary Public in and for Alaska
                              My commission expires: June 8, 2010

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on
May 7, 2007, a copy
of the foregoing was served
electronically:

U.S. Attorney's Office

s/John C. Pharr

*AFFIDAVIT OF JOHN C. PHARR*
*United States of America v. Daniel C. Lewis*
*Case No.3:01-cr-00149-JWS*                                                                     *Page 2 of 2*