Law Offices of John C. Pharr
733 W. 4th Ave, Suite 308
Anchorage, Alaska 99501
Phone: 907/272-2525
Fax: 907/277-9859
E-mail: jpharr@gci.net
AK # 8211140

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Respondent, )<br>)<br>v. )<br>)<br>DANIEL C. LEWIS, )<br>)<br>Petitioner. )<br>_____ ) | Case No. 3:01-cr-00149-JWS |

**MOTION FOR EXTENSION, UNTIL**
**FRIDAY, MAY 25, 2007, TO FILE AMENDED 2255**

COMES NOW petitioner, Daniel C. Lewis, by and through his attorney of record John C. Pharr of the LAW OFFICES OF JOHN C. PHARR and hereby moves the court for an extension of time, until Friday, May 25, 2007, to file his amended 2255.

This motion is supported by the attached affidavit of counsel.

DATED at Anchorage, Alaska, this 21st day of May 2007.

LAW OFFICES OF JOHN C. PHARR

s/John C. Pharr
Attorney for petitioner
Daniel C. Lewis
733 W. 4th Ave, Suite 308
Anchorage, Alaska 99501

Phone: 907/272-2525
Fax: 907/277-9859
E-mail: jpharr@gci.net
AK # 8211140

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on
May 21, 2007, a copy
of the foregoing was served
electronically:

U.S. Attorney's Office

s/John C. Pharr