Law Offices of John C. Pharr
733 W. 4th Ave, Suite 308
Anchorage, Alaska 99501
Phone: 907/272-2525
Fax: 907/277-9859
E-mail: jpharr@gci.net
AK # 8211140

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Respondent, | ) |
| | ) |
| v. | ) |
| | ) |
| DANIEL C. LEWIS, | ) |
| | ) |
| Petitioner. | ) |
| _____) | Case No. 3:01-cr-00149-JWS |

### ORDER ON MOTION FOR EXTENSION, UNTIL FRIDAY, MAY 25, 2007, TO FILE AMENDED 2255

Petitioner, Daniel Lewis, having moved the court and the court having considered his motion for extension of time, affidavit of counsel, and being fully advised in the premises,

IT IS HEREBY ORDERED that petitioner's motion is GRANTED. The due date of his amended 2255 is extended until Friday, May 25, 2007. Government's answer shall be filed by _____.

DATED at Anchorage, Alaska, this ___ day of ____ 2007.

_____
John D. Roberts
United States Magistrate Judge

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on
May 21, 2007, a copy
of the foregoing was served
electronically:

U.S. Attorney's Office

s/John C. Pharr