Law Offices of John C. Pharr
733 W. 4th Ave, Suite 308
Anchorage, Alaska 99501
Phone: 907/272-2525
Fax: 907/277-9859
E-mail: jpharr@gci.net
AK # 8211140

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Respondent, | ) |
| | ) |
| v. | ) |
| | ) |
| DANIEL C. LEWIS, | ) |
| | ) |
| Petitioner. | ) |
| | ) Case No. 3:01-cr-00149-JWS |

**AFFIDAVIT OF JOHN C. PHARR**

| | |
|---|---|
| STATE OF ALASKA | ) |
| | ) ss. |
| THIRD JUDICIAL DISTRICT | ) |

I, John Pharr, depose and state as follows:

1. I am CJA-appointed attorney for petitioner herein.

2. Petitioner's amended 2255 was due on April 6, 2007, and two requests for extension of time were made so that the amended 2255 would be due today, May 21, 2007.

3. My secretary was out of the office last week, and I simply could not complete the amended 2255 in a timely manner.

4. I am therefore requesting another extension of time to file the amended 2255, until Friday, May 25, 2007.

*AFFIDAVIT OF JOHN C. PHARR*
*United States of America v. Daniel C. Lewis*
*Case No.3:01-cr-00149-JWS*                                                    Page 1 of 2

5. This is the third request for extension of time.

FURTHER YOUR AFFIANT SAYETH NAUGHT.

DATED at Anchorage, Alaska, this 21st day of May 2007.

By: ____s/John C. Pharr_____
John C. Pharr, Esq.,
Alaska Bar No. 8211140

SUBSCRIBED AND AFFIRMED before me this 21st day of May 2007, at Anchorage, Alaska.

_____s/Sharon R. Leippi_____
Notary Public in and for Alaska
My commission expires: June 8, 2010

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on
May 21, 2007, a copy
of the foregoing was served
electronically:

U.S. Attorney's Office

s/John C. Pharr

*AFFIDAVIT OF JOHN C. PHARR*
*United States of America v. Daniel C. Lewis*
*Case No.3:01-cr-00149-JWS*                                                      *Page 2 of 2*