Law Offices of John C. Pharr
733 W. 4th Ave, Suite 308
Anchorage, Alaska 99501
Phone: 907-272-2525
Fax: 907-277-9859
E-mail: jpharr@gci.net
AK # 8211140

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
|     Respondent, | ) |
| | ) |
|   v. | ) |
| | ) |
| DANIEL C. LEWIS, | ) |
| | ) |
|     Petitioner. | ) |
| _____) | Case No. 3:01-cr-00149-JWS |

## MOTION TO WITHDRAW AS COUNSEL OF RECORD

COMES NOW John C. Pharr of the LAW OFFICES OF JOHN C. PHARR and hereby moves to withdraw as counsel of record for petitioner Daniel C. Lewis.

This motion is supported by the attached affidavit of counsel.

DATED at Anchorage, Alaska, this 29th day of May 2007.

LAW OFFICES OF JOHN C. PHARR

s/John C. Pharr
Attorney for petitioner
Daniel C. Lewis
733 W. 4th Ave, Suite 308
Anchorage, Alaska 99501
Phone: 907/272-2525
Fax: 907/277-9859
E-mail: jpharr@gci.net

AK # 8211140

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on
May 29, 2007, a copy
of the foregoing was served
electronically:

U.S. Attorney's Office

s/John C. Pharr