Law Offices of John C. Pharr
733 W. 4th Ave, Suite 308
Anchorage, Alaska 99501
Phone: 907/272-2525
Fax: 907/277-9859
E-mail: jpharr@gci.net
AK # 8211140

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Respondent, | ) |
| | ) |
| v. | ) |
| | ) |
| DANIEL C. LEWIS, | ) |
| | ) |
| Petitioner. | ) |
| _____ | ) Case No. 3:01-cr-00149-JWS |

**ORDER ON MOTION TO WITHDRAW AS COUNSEL OF RECORD**

The court having considered John C. Pharr's motion to withdraw from further representation of Daniel C. Lewis in Case No. 3:01-cr-000149-JWS,

It is hereby ORDERED, ADJUDGED and DECREED that John C. Pharr is hereby allowed to withdraw from the above-captioned matters.  Lance C. Wells will be appointed.

DATED at Anchorage, Alaska, this ___ day of ____ 2007.

_____
John D. Roberts
United States Magistrate Judge

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on
May 29, 2007, a copy
of the foregoing was served
electronically:

U.S. Attorney's Office

<u>s/John C. Pharr</u>