Law Offices of John C. Pharr
733 W. 4th Ave, Suite 308
Anchorage, Alaska 99501
Phone: 907/272-2525
Fax: 907/277-9859
E-mail: jpharr@gci.net
AK # 8211140

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,            )<br>                                      )<br>            Respondent,                )<br>                                      )<br>    v.                                )<br>                                      )<br>DANIEL C. LEWIS,                      )<br>                                      )<br>            Petitioner.               )<br>_____) | Case No. 3:01-cr-00149-JWS |

## AFFIDAVIT OF JOHN C. PHARR

STATE OF ALASKA            )
                           ) ss.
THIRD JUDICIAL DISTRICT    )

I, John Pharr, depose and state as follows:

1.   I am CJA-appointed attorney for petitioner herein.

2.   This is a 28 U.S.C. §2255 claim.

3.   Presently I have too many appeal briefs due at the same time to comfortably handle this matter. I have spoken with Lance C. Wells who has agreed to be substituted in if the court allows it, since he is appointed to a 2254 claim for the same client.

4.   I am therefore requesting to withdraw as counsel of

LAW OFFICES OF
JOHN C. PHARR
733 W. 4th Avenue
Suite 308
Anchorage, AK 99501
Ph (907) 272-2525
Fax (907) 277-9859

*AFFIDAVIT OF JOHN C. PHARR*
*United States of America v. Daniel C. Lewis*
*Case No.3:01-cr-00149-JWS*                                                Page 1 of 2

record for petitioner Daniel C. Lewis.

FURTHER YOUR AFFIANT SAYETH NAUGHT.

DATED at Anchorage, Alaska, this 29th day of May 2007.

By: _____
John C. Pharr, Esq.,
Alaska Bar No. 8211140

SUBSCRIBED AND AFFIRMED before me this 29th day of May 2007, at Anchorage, Alaska.



_____
Notary Public in and for Alaska
My commission expires: June 8, 2010

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on May 29, 2007, a copy of the foregoing was served electronically:

U.S. Attorney's Office

s/John C. Pharr

LAW OFFICES OF
JOHN C. PHARR
733 W. 4th Avenue
Suite 308
Anchorage, AK 99501
Ph (907) 272-2525
Fax (907) 277-9859

*AFFIDAVIT OF JOHN C. PHARR*
*United States of America v. Daniel C. Lewis*
*Case No.3:01-cr-00149-JWS*                                                                 Page 2 of 2