**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ALASKA**

| | |
|---|---|
| USA, | ) |
|     Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| DANIEL C. LEWIS, | ) |
|     Defendants. | ) |
| _____) | **Case No. 3:01-CR-00149-JWS** |

## ENTRY OF APPEARANCE

COMES NOW LANCE C. WELLS of the LAW OFFICES OF LANCE C. WELLS, P.C. and herby files this entry of appearance in the above matter on behalf of defendant DANIEL C. LEWIS. Please direct all documents, pleadings and telephone calls to the below number or address.

Dated: 06/06/07          Law Offices of Lance C. Wells, P.C.

By: \_\_\_\_\_/s_____
Lance c. Wells
Tel 907/274/9696
Fax 907/277/9859
Email lwells@gci.net
Mailing 733 W. 4th Avenue, Suite 308
Anchorage, AK. 99501

### Certificate of Service

On 06/06/07, a copy of this document was served via electronic means to the below parties:

US Attorney's Office
Anchorage, AK.

By: \_\_/s_____
Lance C. Wells