# MINUTES OF THE UNITED STATES DISTRICT COURT
# DISTRICT OF ALASKA

UNITED STATES v. DANIEL CARSON LEWIS

3-01-cr-00149-JWS-JDR

**THE HONORABLE JOHN D. ROBERTS, United States Magistrate Judge**
Jo Ann Mingo, Judicial Assistant - Magistrate Judge's Chambers

## MINUTE ORDER FROM CHAMBERS

CJA counsel Lance C. Wells having been appointed to represent Petitioner Lewis in this habeas matter is hereby directed to file an amended 2255 motion or a notice that no amended motion will be filed, on or before July 9, 2007; the United States Attorney shall file its answer or other responsive pleading on or before close of business August 3, 2007. The answer shall respond to allegations of the (amended) motion, and in addition, state whether the petitioner has used any other available federal remedies, including any prior post-conviction motions under these rules, to address the issues presented. See Rule 5, Rules Governing Section 2255 Proceedings. The United States Attorney shall also supplement his answer or response with appropriate copies of transcripts, affidavits and a memorandum of points and authorities as may be material to the questions raised.

Upon reviewing the government's response, the court shall determine whether a hearing should be scheduled or whether the motion may be determined without a hearing.

**Entered at the direction of the Honorable John D. Roberts, United States Magistrate Judge**

June 13, 2007

Any request for other information or for clarification, modification, or reconsideration of this Order, or for extension of time must be made as a motion. See FED.R.CIV.P. 7(b)(1); D.Ak.LR. 7.1(1). No one should telephone, fax or write to chambers regarding pending cases. The magistrate judge's judicial assistant and/or law clerk are not permitted to discuss any aspect of this case, provide any information or communicate with any person including litigants, lawyers, witnesses and the public regarding cases.

T:\2007\07 CR\3-01-cr-00149-JWS-JDR LEWIS Order Re Amended Petition.wpd