Law Offices of Lance C. Wells, P.C.
733 W. 4th Ave, Suite 308
Anchorage, Alaska 99501
Phone: 907/274-9696
Fax: 907/277-9859
E-mail: lwells@gci.net
AK # 9206045

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,                )<br>                                          )<br>            Plaintiff,                   )<br>                                          )<br>    v.                                    )<br>                                          )<br>DANIEL CARSON LEWIS,                      )<br>                                          )<br>            Defendant.                    )<br>_____) | Case No. 3:01-cr-00149-JWS |

**MOTION FOR SIXTY DAY EXTENSION OF TIME FILED ON SHORTENED TIME**

COMES NOW CJA appointed counsel, Lance C. Wells of the LAW OFFICES OF LANCE C. WELLS, P.C., and hereby files this Motion for a Sixty Day Extension of Time Filed on Shortened Time in which to file my client's amended Sec. 2255. The amended Sec. 2255 is currently due today.

This motion is supported by the attached affidavit of counsel. A proposed order is attached hereto for this court's signature.

DATED at Anchorage, Alaska, this 9th day of July 2007.

LAW OFFICES OF LANCE C. WELLS, P.C.

s/Lance C. Wells
Attorney for Defendant

733 W. 4th Ave, Suite 308
Anchorage, Alaska 99501
Phone: 907/274-9696
Fax: 907/277-9859
E-mail: lwells@gci.net
AK # 9206045

**Certificate of Service**

    On 7/9/07, a copy of the above motion was served electronically upon Karen Loeffler, AUSA.

    _____/s_____
    Lance C. Wells