Law Offices of Lance C. Wells, P.C.
733 W. 4th Ave, Suite 308
Anchorage, Alaska 99501
Phone: 907/274-9696
Fax: 907/277-9859
E-mail: lwells@gci.net
AK # 9206045

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,    ) | |
|                ) | |
|        Plaintiff,   ) | |
|                ) | |
|   v.            ) | |
|                ) | |
| DANIEL CARSON LEWIS,      ) | |
|                ) | |
|        Defendant.   ) | |
| _____) | Case No. 3:01-cr-00149-JWS |

### [PROPOSED] ORDER FILED ON SHORTENED TIME

The court having considered defendant's motion for extension of time for 60 days, and good cause having been shown, it is hereby ordered adjudged and decreed the any amended Sec. 2255, shall be filed on or before September 9, 2007. The current due date of 7/9/07, is hereby vacated.

DATED at Anchorage, Alaska, this ___ day of ____ 2007.

_____
U.S. District Court Judge

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on
July 9, 2007, a copy
of the foregoing was served
electronically:

Karen Loeffler
Asst. U.S. Attorney

<u>s/Lance C. Wells</u>