Law Offices of Lance C. Wells, P.C.
733 W. 4th Ave, Suite 308
Anchorage, Alaska 99501
Phone: 907/274-9696
Fax: 907/277-9859
E-mail: lwells@gci.net
AK # 9206045

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,     )<br>                                   )<br>                  Plaintiff,    )<br>                                   )<br>    v.                             )<br>                                   )<br>DANIEL CARSON LEWIS,            )<br>                                   )<br>                  Defendant.    )<br>_____) | Case No. 3:01-cr-00149-JWS |

**AFFIDAVIT OF LANCE C. WELLS**

STATE OF ALASKA          )
                               ) ss.
THIRD JUDICIAL DISTRICT  )

I, Lance C. Wells, depose and state as follows:

1.  I am CJA appointed counsel for defendant in the above-captioned action.

2.  My client's amended Sec. 2255 is due today.

3.  I have been unable to complete it at this time, as I recently received several thousand pages of discovery in to my office and am in the process of reviewing it.

4.  It will take several weeks in which to review and sort through.

5.  I am requesting a sixty day extension of time to file my client's amended Sec. 2255.

6.  This is my first request for an extension of time since I have been CJA appointed to this matter.

7.  I have diligently been reviewing the documents provided, but have been unable to complete their review at this time due to the voluminous amount of documentation provided to me.

8.  If granted, the Sec. 2255 would be due on or before September 9, 2007.

FURTHER YOUR AFFIANT SAYETH NAUGHT.

DATED at Anchorage, Alaska, this 9th day of July, 2007.

LAW OFFICES OF LANCE C. WELLS, P.C.

By: ___s/Lance C. Wells_____
    Lance C. Wells
    Alaska Bar No. 9206045

SUBSCRIBED AND AFFIRMED before me this 9th day of July 2007, at Anchorage, Alaska.

By: ____s/Sharon R. Leippi_____
    Notary Public in & for Alaska

**Certificate of Service**

On 7/9/07, a copy of this document was served electronically upon Ms. Karen Loeffler, AUSA at her electronic address of record.

____/s_____
Lance C. Wells

*AFFIDAVIT OF LANCE C. WELLS*