## MINUTES OF THE UNITED STATES DISTRICT COURT
## DISTRICT OF ALASKA

UNITED STATES v. DANIEL CARSON LEWIS [2255]  **3-01-cr-00149-JWS-JDR**
and
DANIEL CARSON LEWIS v FRANK LUNA [2254]  **3-07-cv-00069-TMB-DMS**

**THE HONORABLE JOHN D. ROBERTS, United States Magistrate Judge**

---

## MINUTE ORDER FROM CHAMBERS

In the interest of justice and to expedite the business of the Court Docket Nos. 23 and 24 are hereby stricken from the record in Case No.  3-07-cv-00069-TMB-DMS.

Counsel Lance Wells shall correctly file his Amended **2255** Motion in Case No. 3-01-cr-00149-JWS-JDR on or before October 1, 2007; Response to Amended 2255 shall be due November 1, 2007.

**Entered at the direction of the Honorable John D. Roberts, United States Magistrate Judge**

September 27, 2007

Any request for other information or for clarification, modification, or reconsideration of this Order, or for extension of time must be made as a motion.  See FED.R.CIV.P. 7(b)(1); D.Ak.LR. 7.1(1).  No one should telephone, fax or write to chambers regarding pending cases. The magistrate judge's judicial assistant and/or law clerk are not permitted to discuss any aspect of this case, provide any information or communicate with any person including litigants, lawyers, witnesses and the public regarding cases.

T:\2007\07 CR\3-01-cr-00149-JWS-JDR LEWIS 2255 MO Re Amended 2255 Motion.wpd