TIMOTHY M. BURGESS
United States Attorney

KAREN L. LOEFFLER
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9
Anchorage, Alaska 99507
(907) 271-5071

FILED

OCT 1 8 2001

UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

By_____ Deputy

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>vs.<br><br>DANIEL CARSON LEWIS,<br><br>           Defendant. | No. A01-____ Cr.<br><br>A01-0149 CR<br><br>COUNT 1:<br>FELON IN POSSESSION<br>OF A FIREARM<br>Vio. 18 U.S.C. § 922(g)(1) |

INDICTMENT

THE GRAND JURY CHARGES THAT:

COUNT 1

On or about October 4, 2001, at or near Livengood, Alaska, in the District of

Alaska, the defendant, DANIEL CARSON LEWIS, having been convicted of the

following crimes punishable by imprisonment for a term exceeding one year, did possess

App.
33

EXHIBIT ___1___

PAGE _1_ OF _2_

in or affecting commerce, a firearm, to wit: a Mossberg Model 810D .338 Winchester Magnum rifle:

Convictions

| Date | Case No. | Offense | Court |
|---|---|---|---|
| 8/19/86 | 4FA-S85-3468 | Burglary 2nd Degree | SFA |
| 8/19/86 | 4FA-S85-3468 | Theft 2nd Degree | SFA |
| 7/7/89 | 4FA-S88-2854 | Theft 2nd Degree | SFA |
| 7/7/89 | 4FA-S88-2854 | Misconduct Involving Weapons - 1st Degree | SFA |
| 7/7/89 | 4FA-S88-2854 | Theft 2nd Degree | SFA |
| 8/05/94 | 4FA-93-2229 | Theft 2nd Degree | SFA |
| 8/05/94 | 4FA-93-2229 | Felony Relating to Title Documents | SFA |
| 8/05/94 | 4FA-93-229 | Felony Relating to Title Documents | SFA |

All of which is contrary to and in violation of Title 18, United States Code, Section 922(g)(1).

A TRUE BILL.

_____
GRAND JURY FOREPERSON

_____
KAREN L. LOEFFLER
Assistant U.S. Attorney

_____
TIMOTHY M. BURGESS
United States Attorney

DATED: 10/17/01

2

EXHIBIT 1
PAGE 2 OF 2

App. 34

10/27/06

INMATE DANIEL LEWIS                                F Unit

Mr. Lewis:

Attached is a printout of your criminal convictions. PO McGinty checked the computer and none of the assaults you have been convicted of are listed as domestic violence. Also attached is information of those domestic violence assaults with which you were charged and were dismissed.

Our phone system is not operating today so I couldn't fax this information to Arizona. However, PO McGinty is scheduled to be in Arizona next week so he is hand-carrying this information.

PO Goode

EXHIBIT 3
PAGE 1 OF 9

```
PSTD800P   TERMID: X35D        CRIMINAL CONVICTIONS        10/27/06   07:59:52.8

   PERSON NAME: DANIEL CARSON LEWIS

   UPDATED:           AST NUM: 107310     APSIN ID: 928976      FBI NUM: 939823CA9
   CRIMINAL HISTORIES MAY EXIST IN:
   FP CLASS: 21 05 05 17 06 16 52 13 12 08

CONV   CONV        CONVICTING                              COURT          POS FEL   ATN
COURT  DATE        CHARGE                                  DOCKET         ID

SFA    06/09/03  ASSAULT 3                                 4FA-S01-3111   Y   Y  107403057
SFA    06/09/03  MISCONDUCT W/ WEAPONS 4                   4FA-S01-3111   Y   N  107403057
SFA    06/09/03  FELONY DWI - 2+ PRIORS                    4FA-S01-3111   Y   Y  107403057
SFA    06/09/03  CRIMINAL MISCHIEF 1                       4FA-S01-3111   Y   Y  107403057
SFA    06/09/03  OIL POLLUTION                             4FA-S01-3111   Y   N  107403057
SFA    08/08/02  VEHICLE THEFT 1                           4FA-S02-62     N   Y  106921035
SFA    08/08/02  BURGLARY 2                                4FA-S02-62     N   Y  106921035
SFA    08/08/02  THEFT 3                                   4FA-S02-62     N   N  106921035
DFA    04/13/01  DWI                                       4FA-S01-448    Y   N  103503213
DFA    04/13/01  ASSAULT 4                                 4FA-S01-448    Y   N  103503213

PF2 MULT PERSON              PF8 FULL HIST                                    MORE...
```

EXHIBIT Z
PAGE 2 OF 9

```
PSTD800P   TERMID: X35D      CRIMINAL CONVICTIONS      10/27/06   08:00:07.3

  PERSON NAME: DANIEL CARSON LEWIS

  UPDATED:           AST NUM: 107310    APSIN ID: 928976     FBI NUM: 939823CA9
  CRIMINAL HISTORIES MAY EXIST IN:
  FP CLASS: 21 05 05 17 06 16 52 13 12 08

CONV   CONV       CONVICTING                            COURT          POS FEL   ATN
COURT  DATE       CHARGE                                DOCKET         ID

DFA    04/13/01   VIOLATE CONDITION OF RELEASE FOR M    4FA-S01-448     Y   N   103503213
DFA    04/13/01   DWI                                   4FA-S01-222     Y   N   103578822
DFA    05/26/00   CRIMINAL MISCHIEF 3                   4FA-S00-358     Y   N   103571865
DFA    05/26/00   VEHICLE THEFT 1                       4FA-S00-358     Y   Y   103571865
DFA    01/24/00   DISORD CONDUCT- CREATE HAZARD COND    4FA-S00-268     Y   N   103245795
DFA    11/30/98   ASSAULT                               4FA-S98-2758    N   N   102360132
DAN    01/20/94   DAMAGE PROPERTY                       93-8181         Y   N   100124866
DPA    01/03/94   MAKING A FALSE REPT                   93-1888         Y   N   100181366
MPA    01/03/94   DWI - ALCOHOL                         M9301888        Y   N   100181366
SFA    08/05/94   LARCENY                               93-2229         Y   Y   100163033

PF2 MULT PERSON            PF8 FULL HIST                                       MORE...
```

EXHIBIT 2
PAGE 3 OF 9

```
PSTD800P   TERMID: X35D         CRIMINAL CONVICTIONS          10/27/06   08:00:13.6

  PERSON NAME: DANIEL CARSON LEWIS

  UPDATED:          AST NUM: 107310     APSIN ID: 928976      FBI NUM: 939823CA9
  CRIMINAL HISTORIES MAY EXIST IN:
  FP CLASS: 21 05 05 17 06 16 52 13 12 08

CONV   CONV       CONVICTING                         COURT        POS FEL   ATN
COURT  DATE         CHARGE                           DOCKET       ID

DFA   09/17/92 DAMAGE PROPERTY                       92-1975       N   N
MHE   06/02/92 DWI - ALCOHOL                         M9200011      Y   N 100148217
MHE   06/02/92 DRIV WHILE LIC SUSP                   M9200011      Y   N 100148217
DFA   06/02/92 LARCENY                               92-11         Y   N 100148217
DFA   06/02/92 DAMAGE PROPERTY                       92-11         Y   N 100148217
DFA   05/14/89 ASSAULT                               88-3540       Y   N
DFA   05/14/89 DAMAGE PROPERTY                       88-3540       Y   N
SFA   05/24/89 LARCENY                               88-2854       Y   Y
DFA   04/14/89 HARASSING COMMUNICAT                  88-2447       Y   N
SFA   05/24/89 LARCENY                               88-2854       Y   Y

PF2 MULT PERSON             PF8 FULL HIST                                 MORE...
```

EXHIBIT 2
PAGE 4 OF 9

```
PSTD800P   TERMID: X35D         CRIMINAL CONVICTIONS           10/27/06   08:00:18.6

   PERSON NAME: DANIEL CARSON LEWIS

   UPDATED:            AST NUM: 107310    APSIN ID: 928976    FBI NUM: 939823CA9
   CRIMINAL HISTORIES MAY EXIST IN:
   FP CLASS: 21 05 05 17 06 16 52 13 12 08

CONV   CONV        CONVICTING                          COURT           POS FEL  ATN
COURT  DATE        CHARGE                              DOCKET          ID

SFA    05/24/89    WEAPON OFFENSES                     88-2854          Y   Y
DFA    04/14/89    HARASSING COMMUNICAT                88-2019          Y   N
DFA    04/14/89    CONDITIONAL REL VIOL                88-2019          Y   N
DFA    02/08/88    DRIV WHILE LIC SUSP                 M8800300         Y   N
DFA    12/09/87    DRIV W/O LICENSE                    M8702929             N
SFA    05/24/89    BURGLARY 2                          4FA-S85-3468     Y   Y
SFA    05/24/89    THEFT 2                             4FA-S85-3468     Y   Y
DFA    03/29/85    DISORDERLY CONDUCT                  85-374           Y   N
DFA    10/30/84    DWI - ALCOHOL                       M842849          Y   N


PF2 MULT PERSON              PF8 FULL HIST                                 * AT END *
```

EXHIBIT 2
PAGE 5 OF 9

```
PSTD800P   TERMID: X35D        CRIMINAL CONVICTIONS              10/27/06   08:00:26.7

   PERSON NAME: DANIEL CARSON LEWIS

   UPDATED:           AST NUM: 107310    APSIN ID: 928976      FBI NUM: 939823CA9
   CRIMINAL HISTORIES MAY EXIST IN:
   FP CLASS: 21 05 05 17 06 16 52 13 12 08

CONV   CONV        CONVICTING                         COURT         POS FEL    ATN
COURT  DATE        CHARGE                             DOCKET        ID


      **  THIS RECORD SHOWS CONVICTION INFORMATION AND RECENT ARRESTS.  **
      **   ARRESTS OVER 120 DAYS OLD AND NOT ADJUDICATED ARE OMITTED.   **




PF2 MULT PERSON            PF8 FULL HIST                           * AT END *
```

EXHIBIT 2
PAGE 6 OF 9

```
PSTD410P   TERMID: X35D              CRIMINAL HISTORY              10/27/06   08:04:47.2

   PERSON NAME: DANIEL CARSON LEWIS

ARRESTING AGENCY: ANC        APSIN ID NUM: 928976        FBI NUMBER: 939823CA9
OFFENSE DATE: 12/12/2000        OFFENSE DATE END:
AGENCY CASE: 000063724 DATE: 12/13/2000 STATUTE: AMC8.10.010(B)(1)
ARREST DV: Y MOD:            CHARGE: ASSAULT - USE RECKLESS FORCE OR VIOLENCE
CONVICTING COURT: DAN  DATE: 04/18/2001 STATUTE: AMC8.10.010(B)(1)
   CONV DV:   MOD:           CHARGE: ASSAULT - USE RECKLESS FORCE OR VIOLENCE
      COURT DOCKET: 3AN-M00-10538  POS ID: N FELONY:   DISP: DISMISSED
UCN: 1        ATN: 102104037                                       FP DATE:
      CONDITION:

              SENTENCE        YEARS       DAYS     AMOUNT         DATE TO COMPLETE




PF8 CONVICTIONS                                                   MORE...
```

EXHIBIT 2
PAGE 7 OF 9

```
PSTD410P   TERMID: X35D           CRIMINAL HISTORY           10/27/06   08:04:26.8

   PERSON NAME: DANIEL CARSON LEWIS

ARRESTING AGENCY: FAIE      APSIN ID NUM: 928976      FBI NUMBER: 939823CA9
OFFENSE DATE:               OFFENSE DATE END:
AGENCY CASE: 010008465 DATE: 02/07/2001 STATUTE: AS11.56.745
ARREST DV: Y MOD:           CHARGE: INTERFERE W/ REPORT OF DV CRIME
CONVICTING COURT: DFA  DATE: 04/13/2001 STATUTE:
   CONV DV:   MOD:          CHARGE:
      COURT DOCKET: 4FA-S01-448    POS ID: Y FELONY:   DISP: DISMISSED
UCN: 3      ATN: 103503213                          FP DATE: 02/08/2001
         CONDITION:

            SENTENCE       YEARS      DAYS      AMOUNT       DATE TO COMPLETE




PF8 CONVICTIONS                                              MORE...
```

EXHIBIT 2
PAGE 8 OF 9

```
PSTD410P   TERMID: X35D          CRIMINAL HISTORY           10/27/06   08:04:07.2

   PERSON NAME: DANIEL CARSON LEWIS

ARRESTING AGENCY: FAIE       APSIN ID NUM: 928976      FBI NUMBER: 939823CA9
OFFENSE DATE:                OFFENSE DATE END:
AGENCY CASE: 010008465 DATE: 02/07/2001 STATUTE: AS11.41.230
ARREST DV: Y MOD:            CHARGE: ASSAULT 4
CONVICTING COURT: DFA  DATE: 04/13/2001 STATUTE:
   CONV DV:   MOD:           CHARGE:
     COURT DOCKET: 4FA-S01-448    POS ID: Y FELONY:   DISP: DISMISSED
UCN: 2        ATN: 103503213                          FP DATE: 02/08/2001
        CONDITION:

                  SENTENCE     YEARS     DAYS    AMOUNT       DATE TO COMPLETE




PF8 CONVICTIONS                                         MORE...
```

EXHIBIT 2
PAGE 9 OF 9