NELSON P. COHEN
United States Attorney

KAREN L. LOEFFLER
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Room 253
Anchorage, Alaska  99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
E-mail: karen.loeffler@usdoj.gov

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 3:01-cr-00149-JWS |
| ) | |
| Plaintiff, ) | **UNOPPOSED MOTION TO** |
| ) | **CONTINUE GOVERNMENT'S** |
| v. ) | **DEADLINE TO RESPOND TO** |
| ) | **DEFENDANT'S AMENDED** |
| DANIEL CARSON LEWIS, ) | **28 U.S.C. §2255** |
| ) | |
| Defendant. ) | |
| ) | |

COMES NOW the United States of America, by and through counsel, and hereby requests an additional two weeks to respond to the defendant's Amended 28 U.S.C. §2255.  The undersigned is presently out of state, and next week will be out of town for a few days, all in trial preparation.  The government respectfully

requests that its response be due on or before November 15, 2007. The undersigned has contacted Mr. Wells, counsel for the defendant, and he does not oppose this request.

RESPECTFULLY submitted this 30th day of October, 2007, at Anchorage, Alaska.

> NELSON P. COHEN
> United States Attorney
>
> s/Karen L. Loeffler
> Assistant United States Attorney
> Federal Building & U.S. Courthouse
> 222 West Seventh Avenue, #9, Rm 253
> Anchorage, Alaska  99513-7567
> Phone: (907) 271-5071
> Fax: (907) 271-1500
> E-mail: karen.loeffler@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on October 30, 2007,
a copy of the foregoing UNOPPOSED MOTION TO
CONTINUE GOVERNMENT'S DEADLINE TO RESPOND
TO DEFENDANT'S AMENDED 28 U.S.C. §2255
was served electronically on Lance C. Wells.

s/ Karen L. Loeffler