IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 3:01-cr-00149-JWS |
| | ) | |
| Plaintiff, | ) | |
| | ) | **[PROPOSED] ORDER** |
| v. | ) | **GRANTING MOTION TO** |
| | ) | **CONTINUE GOVERNMENT'S** |
| DANIEL CARSON LEWIS, | ) | **DEADLINE TO RESPOND TO** |
| | ) | **DEFENDANT'S AMENDED** |
| Defendant. | ) | **28 U.S.C. §2255** |
| | ) | |

The government's UNOPPOSED MOTION TO CONTINUE

GOVERNMENT'S DEADLINE TO RESPOND TO DEFENDANT'S

AMENDED 28 U.S.C. §2255 in this case is hereby GRANTED.   It is ordered that

the government will file its response on or before November 15, 2007.

IT IS SO ORDERED.


Dated: _____          _____

United States District Court Judge