**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ALASKA**

```
UNITED STATES OF AMERICA,
        Plaintiff,
                                    Case Number 3:07-cv-00011-JWS
v.                                          [3:01-cr-00149-JWS]

DANIEL CARSON LEWIS,
        Defendant.              JUDGMENT IN A CIVIL CASE
```

____   **JURY VERDICT**.  This action came before the court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.


 XX    **DECISION BY COURT**.  This action came to trial or hearing before the court.  The issues have been tried or heard and a decision has been rendered.

        IT IS ORDERED AND ADJUDGED:

        THAT defendant's application for post-conviction relief [28 U.S.C. 2255] is dismissed.


APPROVED:

/s/John W. Sedwick
John W. Sedwick
United States District Judge

March 20, 2008                            Ida Romack
Date                                      Clerk of Court


                                          Pam Richter
                                       (By) Deputy Clerk



[~5412556.wpd]