Daniel Lewis #37590
CCA/RRCC. 1752 E. Arica Rd.
Eloy, AZ. 85231

**RECEIVED**
AUG 11 2008
CLERK, U.S. DISTRICT COURT
ANCHORAGE, A.K.

U.S District Court
222 W. 7TH Ave #9
Anch. AK. 99513

8/4/08

RE: Request for Appointment of Counsel in Case:
~~3:07-cv-0069 TMB~~
3:01-cr-00149-JWS

Dear Clerk:

I contacted counsel, Lance Wells who is appointed to this case to represent me, I asked counsel Wells to file for a sentence modification, he told me, to write to Clerk of Court to have him appointed to file sentence modification, would you please appoint counsel to file a sentence modification please.

Danny Lewis

Daniel Lewis #37890
RRcc. 1752 E. Arica Rd.
Eloy, AZ 85231

U.S. District Court
222 W. 7TH Ave. #9
Anchorage, AK. 99513

Legal Mail