**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ALASKA**

   UNITED STATES   v.   DANIEL CARSON LEWIS   

THE HONORABLE JOHN W. SEDWICK

DEPUTY CLERK                                          CASE NO.  3:01-cr-00149-JWS 

 Linda Christensen 

PROCEEDINGS: **MINUTE ORDER FROM CHAMBERS**     DATE: August 14, 2008

On August 11, 2008, Daniel Carson Lewis filed a motion for court-appointed counsel for the purposes of seeking re-sentencing in his criminal case.[1] Mr. Lewis has, however, previously litigated the length of his sentence,[2] and the Court of Appeals for the Ninth Circuit found that "the sentence is reasonable."[3]

Although some defendants have recently been re-sentenced in light of the new Sentencing Guidelines with respect to "crack" cocaine,[4] Mr. Lewis was not convicted of a crime involving crack cocaine, and does not benefit from the new Guidelines.

Therefore, the motion at docket 268 must be DENIED.

IT IS SO ORDERED.

---

[1] See Docket No. 268.

[2] *See* Docket Nos. 201-206, 225, 226.

[3] Docket NO. 225 at 3.

[4] *See United States v. Ross*, 511 F.3d 1233, 1237 n. 2 (9th Cir. 2008) ("On March 3, 2008, time reductions for crack cocaine offenders sentenced prior to November 1, 2007, will be authorized pursuant to 18 U.S.C.A. § 3582(c)(2)").
[lewis atty.wpd]{IA.WPD*Rev.12/96}